RECEIVED

FEB 14 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

STEVEN Lamarr DAVIS )
)
_____, )
)
Plaintiff(s), )
)
vs. )
)
County of Will )
Children And family Services )
)
)
Defendant(s). )

23cv907
Judge Franklin U. Valderrama
Magistrate Judge Jeffrey Cole
Cat 2 Random

---

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.    This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

      laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.    The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.    Plaintiff's full name is STEVEN LAMARR DAVIS                        .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

D.c.f.S. Vjolca Saliu 100 w. Randolph st suite 11-200
Chicago, ZL 60601

4.    Defendant, County of will/ Toni Renken 57 N. Ottawa , is
Joliet, IL 60432     (name, badge number if known)

☐ an officer or official employed by will county  D.C.f.S    ;
                                        (department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.*

5.    The municipality, township or county under whose authority defendant officer or official

acted is_____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.    On or about_____, at approximately _____ ☐ a.m. ☐ p.m.
                (month,day, year)
plaintiff was present in the municipality (or unincorporated area) of _____

_____ , in the County of _____,

State of Illinois, at _____,
                        (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that
applies)*:

☐      arrested or seized plaintiff without probable cause to believe that plaintiff had
        committed, was committing or was about to commit a crime;
☐      searched plaintiff or his property without a warrant and without reasonable cause;
☐      used excessive force upon plaintiff;
☐      failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
        one or more other defendants;
☐      failed to provide plaintiff with needed medical care;
☐      conspired together to violate one or more of plaintiff's civil rights;
☐      Other:

_____

_____

2

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

CRIminal TRespass Dui Mfg /CANNABiS 10 to 30 gm

_____

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*)  The criminal proceedings

☑ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

_____

☐ Other: _____

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10.    Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I Don't Know but the police keep try put me in jail in jolid

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

13.    Plaintiff asks that the case be tried by a jury.    ☑ Yes        ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Steven Jamaica Davis

Plaintiff's name *(print clearly or type)*: STEVEN LamaRR DAVIS

Plaintiff's mailing address: P.O BOX 826

City Joliet          State IL          ZIP 60434

Plaintiff's telephone number: (815) 483-8588 .

Plaintiff's email address *(if you prefer to be contacted by email)*: SevenJamaica99@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*



Clerk of the Circuit Court
Andrea Lynn Chasteen

ISAAC N FENTRY
2005-CF-000907

Search End

## Search for Party Name - STEV DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|---|---|---|---|---|---|---|---|
| 1993TR0046 | | Defen... | DAVIS STEVEN J | 1971 | STATE UNINSURE... | TRAFFIC | 02/02/1993 |
| 1993TR0046 | | Defendant | DAVIS STEVEN J | 1971 | HEAD/TAIL/SIDELIGH... | TRAFFIC | 02/02/1993 |
| | | | DAVIS STEVEN J | 1971 | DRIVING ON SUSPEN... | TRAFFIC | 02/02/1993 |
| | | | DAVIS STEVEN J | 1971 | DISP REGIS PLATE S... | TRAFFIC | 11/20/1990 |
| | Closed | Defendant | DAVIS STEVEN J | 1971 | OBED SAFE STOP SL... | TRAFFIC | 11/20/1990 |
| | Closed | Defen... | DAVIS STEVEN J | 1971 | OPERATE UNINS... | TRAFFIC | 11/20/1990 |
| | Closed | Defendant | DAVIS STEVEN J | 1971 | OPERATE UNINS... | TRAFFIC | |
| | | Defendant | DAVIS STEVEN | 1971 | IMPROPER USE REG... | TRAFFIC | |
| 2022LA000552 | Open... | $Plaintiff | DAVIS STEVEN L | N/A | CHILDREN FAMILY S... | Tort - Mo ... | 08/26/2022 |
| 2020TR000610 | Closed | Defendant | DAVIS STEVEN L | 1985 | DISREGARD STOP SI... | TRAFFIC | 01/06/2020 |
| 2020TR000609 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON REVOK... | TRAFFIC | 01/06/2020 |
| 2020TR000608 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON SUSPEN... | TRAFFIC | 01/06/2020 |
| 2020SC000712 | Closed | Plaintiff | DAVIS STEVEN L | N/A | SIX DAYS AUTO SALES | Contract ... | 02/03/2020 |
| 2020OP000225 | Closed | Plaintiff | DAVIS STEVEN L | N/A | WEST JEFF | Order | 02/05/2020 |
| 2020OP000224 | Dism... | Plaintiff | DAVIS STEVEN L | N/A | FERREIRA STEWART | Stalking ... | 02/05/2020 |
| 2020CF000032 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING RVK/SUSP . | CRIMINA... | 01/06/2020 |
| 2019TR088413 | Closed | Defendant | DAVIS STEVEN L | 1985 | REGISTRATION LIGH... | TRAFFIC | 12/23/2019 |
| 2019TR088412 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON REVOK... | TRAFFIC | 12/23/2019 |
| | Closed | Plaintiff | DAVIS STEVEN L | N/A | NETSPEND BANK | Arb ... | |
| | Closed | Plaintiff | DAVIS STEVEN L | N/A | NETSPEND BANK | Arb 15 ... | |
| 2018CM001504 | Closed | Defendant | DAVIS STEVEN L | 1985 | BATTERY/MAKES PH .. | CRIMINA... | 07/23/2018 |
| 2014CM002982 | Colle... | Defendant | DAVIS STEVEN L | 1985 | AGGRAVATED ASSA. | CRIMINA.. | 10/27/2014 |
| 2013F 000443 | Closed | Defendant | DAVIS STEVEN L | N/A | ILLINOIS DEPARTME... | Non Sup... | 05/24/2013 |
| 2013CF002170 | Colle.. | Defendant | DAVIS STEVEN L | 1985 | HRSMT/NO CONVER... | CRIMINA... | 10/04/2013 |
| 2012CF002296 | Colle... | Defendant | DAVIS STEVEN L | 1985 | MFG/DEL CANNABIS/... | CRIMINA... | 10/02/2012 |

13



**12**

Search End

## Search for Party Name - STEV DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|---|---|---|---|---|---|---|---|
| 1996T 00904 | Closed | Defendant | DAVIS STEVEN A | 1963 | OPERATE UNINSURE | TRAFFIC | 10/21/199 |
| | Closed | Defendant | DAVIS | 1963 | DRIVING 11-14 M H | TRAFFIC | 09/12/199 |
| | Co | Defendant | DAVIS STEVEN A | 1952 | REGIS EXPIRATION | TRAFFIC | 12/07/200 |
| | | | DAVIS STE | | REGISTRATION LICH | TRAFFIC | 03/03/20 |
| 2012D 000509 | Judg... | Plaintiff | DAVIS STEVEN C | N/A | DAVIS LISA L | Dissoluti... | 03/09/2012 |
| | Closed | Defendant | DAVIS STEVEN C | 1988 | EXCEEDING SPEED | TRAFFIC | 11/22/201 |
| | Closed | Defendant | DAVIS STEVEN C | | DRIVING ON SUSPEN | TRAFFIC | 11/22/201 |
| 2010SC007666 | Judg... | Defendant | DAVIS STEVEN C | N/A | SALLIE MAE INC | SC S500... | 07/30/2010 |
| 2008CM004708 | Closed | Defendant | DAVIS STEVEN C | 1985 | DOMESTIC BTRY/PH... | CRIMINA... | 11/17/2008 |
| 2008CF002402 | Closed | Defendant | DAVIS STEVEN C | 1985 | DRIVING RVK/SUSP ... | CRIMINA... | 10/06/2008 |
| 2007TR106558 | Closed | Defendant | DAVIS STEVEN C | 1985 | SEAT BELT REQUIRE... | TRAFFIC | 09/05/2007 |
| 2007TR106557 | Closed | Defendant | DAVIS STEVEN C | 1985 | DRIVING ON REVOK... | TRAFFIC | 09/05/2007 |
| 2005TR007968 | Closed | Defendant | DAVIS STEVEN C | 1990 | SPEEDING 40+ MILE... | TRAFFIC | 01/25/2005 |
| 2005TR007967 | Closed | Defendant | DAVIS STEVEN C | 1990 | FAIL TO REDUCE SP... | TRAFFIC | 01/25/2005 |
| 2005TR007966 | Closed | Defendant | DAVIS STEVEN C | 1990 | IMPROPER TURN SI... | TRAFFIC | 01/25/2005 |
| 2005TR007965 | Closed | Defendant | DAVIS STEVEN C | 1990 | IMPROPER TRAFFIC ... | TRAFFIC | 01/25/2005 |
| 2005TR007964 | Closed | Defendant | DAVIS STEVEN C | 1990 | UNLICENSED | TRAFFIC | 01/25/2005 |
| 2005TR007963 | Closed | Defendant | DAVIS STEVEN C | 1990 | SEAT BELT REQUIRE... | TRAFFIC | 01/25/2005 |
| 2005TR007962 | Closed | Defendant | DAVIS STEVEN C | 1990 | DISREGARD STOP SI... | TRAFFIC | 01/25/2005 |

Clerk of the Circuit Court
Andrea Lynn Chasteen

Search End

# Search for Party Name - STEVEN DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|-----------|-----------|-----------|-----------|-----------|-----------|
| 1998OV026411 | Closed | Defendant | DAVIS STEVEN | N/A | NO PARKING 2AM-6AM | ORDINA... | 04/28/1998 |
| 1998OV019086 | Closed | Defendant | DAVIS STEVEN | N/A | NO CURRENT VEHIC... | ORDINA... | 03/28/1998 |
| 1996OV064203 | Closed | Defendant | DAVIS STEVEN | N/A | NO PARKING IN FIRE ... | ORDINA... | 10/01/1996 |
| 1996OV0587... | Closed | Defendant | DAVIS STEVEN | N/A | NO PARKING 2AM-6AM | ORDINA... | 09/09/1996 |
| 1996OV058705 | Closed | Defendant | DAVIS STEVEN | N/A | NO CURRENT VEHIC... | ORDINA... | 09/09/1996 |
| 1994NS011883 | Orde... | Defendant | DAVIS STEVEN | N/A | ILLINOIS DEPARTME... | Non Sup... | 09/01/1994 |
| 1993LM014623 | Closed | Defendant | DAVIS STEVEN | N/A | CAMPBELL ELIZABETH | LAW ME... | 11/10/1993 |
| 1991FP009820 | Closed | Defendant | DAVIS STEVEN | N/A | ILLINOIS DEPARTME. | Family P... | 07/15/1991 |
| | | | ...STEVEN | | WASHINGTON KIMBE... | Paternity | 03/20/1989 |
| 1989PA000294 | Closed | Defendant | DAVIS STEVEN | N/A | SUGAR CREEK APAR... | LAW ME... | 03/28/1989 |
| 1989LM000898 | Closed | Defendant | DAVIS STEVEN | N/A | WASHINGTON KIMBE... | Paternity | 04/02/1985 |
| 1985PA000209 | Closed | Defendant | DAVIS STEVEN | N/A | EARTHMOVER CRED... | LAW ME... | 03/06/1984 |
| 1984LM000540 | Closed | Defendant | DAVIS STEVEN | N/A | | | |



Clerk of the Circuit Court
Andrea Lynn Chasteen

10

Search End

## Search for Party Name - STEVEN DAVIS

**TOP**

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|-----------|------------|-----------|-----------|-----------|-----------|
| 2022SC000571 | Judg... | Defendant | DAVIS STEVEN | N/A | LVNV FUNDING LLC | Contract ... | 02/14/2022 |
| 2021SC001395 | Closed | Defendant | DAVIS STEVEN | N/A | PORTFOLIO RECOVE... | Contract ... | 02/23/2021 |
| 2019OP000186 | Closed | Defendant | DAVIS STEVEN | N/A | GILL DAVID | Stalking ... | 01/28/2019 |
| 2019OP000185 | Closed | Defendant | DAVIS STEVEN | N/A | GILL DAVID | Stalking ... | 01/28/2019 |
| 2018LM002744 | Judg... | Plaintiff | DAVIS STEVEN | N/A | DIVER CHRISTINE | Forcible ... | 12/05/2018 |
| 2017OP001144 | Dism... | Plaintiff | DAVIS STEVEN | N/A | DAVIS CYNTHIA L | Order of ... | 05/27/2017 |
| | Closed | Defendant | DAVIS STEVEN | | DRIVING 15-20 M... | TRAFFIC | 11/15/2013 |
| 2013F 000448 | Judg... | Defendant | DAVIS STEVEN | N/A | ILLINOIS DEPARTME... | Paternity ... | 05/24/2013 |
| 2012MR001281 | Closed | Defendant | DAVIS STEVEN | N/A | PROBATION SUPERV... | Interstate... | 07/05/2012 |
| 2011LM003252 | Judg... | Defendant | DAVIS STEVEN | N/A | HOME PROPERTIES ... | Forcible ... | 10/27/2011 |
| 2009 | Closed | Defendant | DAVIS STEVEN | 1957 | REGL EXPIRATION... | TRAFFIC | 06/23/2009 |
| 2009 | Closed | Defendant | DAVIS STEVEN | 1957 | IMPROPER TURN | TRAFFIC | 03/23/2009 |
| 2008OP001113 | Dism... | Defendant | DAVIS STEVEN | N/A | REEVES LAETRICE | Order of ... | 06/23/2008 |
| 2008L 000262 | Closed | Plaintiff | DAVIS STEVEN | N/A | WINDMOELLER & HO... | Tort - Mo... | 04/04/2008 |
| 2007SC006614 | Closed | Defendant | DAVIS STEVEN | N/A | JOLIET JUNIOR COLL... | SC $250... | 08/09/2007 |
| 2007SC002089 | Dism... | Defendant | DAVIS STEVEN | N/A | MIDLAND FUNDING L... | SC $100... | 03/16/2007 |
| 2007F 000286 | Judg | Defendant | DAVIS STEVEN | N/A | ILLINOIS DEPARTME... | Non Sup... | 03/30/2007 |
| 2007CH003862 | Judg... | Defendant | DAVIS STEVEN | N/A | HSBC BANK USA NAT... | Foreclos... | 11/28/2007 |
| 2005 | Closed | Defendant | DAVIS STEVEN | 1957 | DRIVING 15-20 M... | TRAFFIC | 10/24/2005 |
| 2002 | Closed | Defendant | DAVIS STEVEN | 1957 | DRIVING 15-20 MPH | TRAFFIC | 12/15/2002 |
| 2001MR000804 | Closed | Plaintiff | DAVIS STEVEN | N/A | SNYDER DONALD N | Mandamus | 12/06/2001 |
| 2000MR000495 | Dism... | Plaintiff | DAVIS STEVEN | N/A | PAGE JAMES H | Habeas ... | 07/17/2000 |
| 1998OV0563... | Closed | Defendant | DAVIS STEVEN | N/A | NO CURRENT VEHIC... | ORDINA... | 09/01/1998 |
| 1998OV056300 | Closed | Defendant | DAVIS STEVEN | N/A | NO PARKING 2AM-6AM | ORDINA... | 09/01/1998 |
| 1998OV026412 | Closed | Defendant | DAVIS STEVEN | N/A | NO PARKING 2AM-6AM | ORDINA... | 04/28/1998 |

Page - 1

Clerk of the Circuit Court
Andrea Lynn Chasteen
Case: 1:23-cv-00907 Document #: 1 Filed: 02/14/23 Page 10 of 72 PageID #:10

Search End

## Search for Party Name - STEVEN DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|---|---|---|---|---|---|---|---|
| 2005CM001528 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CM001527 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CF001300 | Colle... | Defendant | DAVIS STEVEN L | 1985 | BURGLARY | CRIMINA... | 06/27/2005 |
| 2004CM002847 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/19/2004 |
| 2004CM000998 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 03/26/2004 |
| 2003TR104188 | Closed | Defendant | DAVIS STEVEN L | 1985 | HEAD/TAIL/SIDELIGH... | TRAFFIC | 11/14/2003 |
| 2003TR104187 | Closed | Defendant | DAVIS STEVEN L | 1985 | SEAT BELT REQUIRE... | TRAFFIC | 11/14/2003 |
| 2003TR104186 | Closed | Defendant | DAVIS STEVEN L | 1985 | IMPROPER TRAFFIC ... | TRAFFIC | 11/14/2003 |
| 2003TR104185 | Closed | Defendant | DAVIS STEVEN L | 1985 | UNLICENSED | TRAFFIC | 11/14/2003 |
| 2003TR104184 | Closed | Defendant | DAVIS STEVEN L | 1985 | OPERATE UNINSURE... | TRAFFIC | 11/14/2003 |
| 2003DT001382 | Closed | Defendant | DAVIS STEVEN L | 1985 | DUI ANY AMOUNT OF... | DUI TRA... | 12/23/2003 |
| 2003DT001199 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRVG UNDER INFLU ... | DUI TRA... | 12/23/2003 |
| | Closed | Defendant | DAVIS STEVEN L | 1958 | PROCESS... | CRIMINA... | 11/12/1996 |
| 1995CV067766 | Closed | Defendant | DAVIS STEVEN L | 1958 | ALCOHOL... | CRIMINA... | 10/27/1995 |
| 1992NS004445 | Closed | Defendant | DAVIS STEVEN L | N/A | ILLINOIS DEPARTME... | Non Sup... | 04/08/1992 |
| | | Defendant | DAVIS STEVEN | 1958 | TRANSPORTARY ALC... | TRAFFIC | 02/08/1990 |
| 198... | Closed | Defendant | DAVIS STEVEN L | | IMPLIED CONSENT | TRAFFIC | 08/24/1987 |
| 198... | 05094 | | Defendant | DAVIS STEVEN | 1958 | IMPROPER TRAFFIC... | TRAFFIC | 08/24/1987 |
| | | Closed | Defendant | DAVIS STEVEN L | | SEAT BELT REQUIRE... | TRAFFIC | |
| 871RO51... | Closed | Defendant | DAVIS STEVEN L | 1958 | DRVING ON SUSPEN... | TRAFFIC | 08/21/1987 |
| 871R051591 | Closed | Defendant | DAVIS STEVEN L | 1958 | DRVG UNDER INFLU... | TRAFFIC | 08/21/1987 |
| | | Closed | Defendant | DAVIS STEVEN M | 1955 | DRVING 15-21 MPH... | TRAFFIC | |
| 198... | Closed | Defendant | DAVIS STEVEN M | | UNLICENSED | TRAFFIC | |
| | 106 | Closed | Defendant | DAVIS STEVEN M | 1977 | DRVG EXPIRATION... | TRAFFIC | |
| | | Closed | Defendant | DAVIS STEVEN M | 1977 | DRIVING 15-20 MPH... | TRAFFIC | 12/16/1990 |

Search End

## Search for Party Name - STEVEN DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|-----------|------------|-----------|-----------|-----------|-----------|
| 2018CM001504 | Closed | Defendant | DAVIS STEVEN L | 1985 | BATTERY/MAKES PH... | CRIMINA... | 07/23/2018 |
| 2014CM002982 | Colle... | Defendant | DAVIS STEVEN L | 1985 | AGGRAVATED ASSA... | CRIMINA.. | 10/27/2014 |
| 2013F 000443 | Closed | Defendant | DAVIS STEVEN L | N/A | ILLINOIS DEPARTME... | Non Sup... | 05/24/2013 |
| 2013CF002170 | Colle... | Defendant | DAVIS STEVEN L | 1985 | HRSMT/NO CONVER... | CRIMINA... | 10/04/2013 |
| 2012CF002296 | Colle... | Defendant | DAVIS STEVEN L | 1985 | MFG/DEL CANNABIS/... | CRIMINA... | 10/02/2012 |
| 2011CM001203 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 04/25/2011 |
| 2011CM000765 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIM TRESPASS RE... | CRIMINA... | 03/17/2011 |
| 2010OV001037 | Colle... | Defendant | DAVIS STEVEN L | 1985 | POSSESS LESS THA... | ORDINA... | 02/23/2010 |
| 2009CM002082 | Closed | Defendant | DAVIS STEVEN L | 1985 | BATTERY/MAKES PH... | CRIMINA... | 06/17/2009 |
| 2008TR094377 | Closed | Defendant | DAVIS STEVEN L | 1985 | REGISTRATION LIGH... | TRAFFIC | 08/11/2008 |
| 2008TR094376 | Closed | Defendant | DAVIS STEVEN L | 1985 | UNLICENSED | TRAFFIC | 08/11/2008 |
| 2008TR094375 | Closed | Defendant | DAVIS STEVEN L | 1985 | OPERATE UNINSURE... | TRAFFIC | 08/11/2008 |
| 2007CM003722 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 09/14/2007 |
| 2007CM003482 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/27/2007 |
| 2007CM002692 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 07/09/2007 |
| 2006CM003058 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/14/2006 |
| 2006CM001893 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/22/2006 |
| 2006CM001271 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 04/12/2006 |
| 2006CM000501 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 02/09/2006 |
| 2006CM000430 | Colle... | Defendant | DAVIS STEVEN L | 1985 | RESIST/PEACE OFFI... | CRIMINA... | 02/03/2006 |
| 2005CM004316 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA.. | 12/23/2005 |
| 2005CM003533 | Com... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 10/25/2005 |
| 2005CM001918 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 06/16/2005 |
| 2005CM001749 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS | CRIMINA... | 06/06/2005 |

Clerk of the Circuit Court
Andrea Lynn Chasteen
Case: 1:23-cv-00907 Document #: 1 Filed: 02/14/23 Page 12 of 72 PageID #:12

Search End

## Search for Party Name - STEVEN DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|------------|------------|------------|-----------|-----------|-----------|
| 2003OV004620 | Closed | Defendant | DAVIS STEVEN | 1987 | | ORDINA... | |
| 1996TR057114 | | Def... | DAVIS STEVEN | 1943 | DISOBEY WEIGH S... | TRAFFIC | 06/03/1996 |
| 1993TR... | | Def... | DAVIS STEVEN | 1971 | HEADLIGHT VIO... | TRAFFIC | 07/28/1993 |
| 1993TR... | | Defendant | DAVIS STEVEN | 1971 | DRIVING ON SUSP... | TRAFFIC | 07/28/1993 |
| 1993TR040212 | Open... | Defendant | DAVIS STEVEN | 1971 | OP CHATE... ...URE | TRAFFIC | 07/28/1993 |
| 1993TR... | Open... | Defendant | DAVIS ...EN L | 1971 | ...VE UNINSURE... | TRAFFIC | |
| 1993TR00... | Open... | Defendant | DAVIS ... | 1971 | HEAD/TAIL/SIDELIGH | TRAFFIC | |
| ...000 | Open... | Defendant | DAVIS STEVEN | | DRIVING ON SUSPEN | TRAFFIC | 07/03/1993 |
| ... | | Def... | DAVIS STEVEN L | 1971 | DIS... ...LATE R | TRAFFIC | |
| ...TR... | Cl... | Def... | DAVIS STEVEN L | | DISREGARD STOP SI... | TRAFFIC | |
| ...111 | Closed | Defendant | DAVIS STEVEN L | 1971 | OP CHATE UNINSU... | | |
| ... | | Def... | DAVIS STEVEN | 1971 | OP CHATE UNINSURE | TRAFFIC | 11/01/1990 |
| 1990TR... | Cl... | Defendant | DAVIS STEVEN | 1971 | IMPROPER USE HEGI... | TRAFFIC | 10/12/1990 |
| 2022LA000552 | Open... | $Plaintiff | DAVIS STEVEN L | N/A | CHILDREN FAMILY S... | Tort - Mo... | 08/26/2022 |
| 2020TR000610 | Closed | Defendant | DAVIS STEVEN L | 1985 | DISREGARD STOP SI... | TRAFFIC | 01/06/2020 |
| 2020TR000609 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON REVOK... | TRAFFIC | 01/06/2020 |
| 2020TR000608 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON SUSPEN... | TRAFFIC | 01/06/2020 |
| ...ISI... | Closed | Pl... ...iff | DAVIS STEVEN L | | ...S AUTO SALES | ... ...der ... | 02/06/2020 |
| 2020OP000225 | Closed | Plaintiff | DAVIS STEVEN L | N/A | WEST JEFF | Order | 02/05/2020 |
| 2020OP000224 | Dism... | Plaintiff | DAVIS STEVEN L | N/A | FERREIRA STEWART | Stalking... | 02/05/2020 |
| 2020CF000032 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING RVK/SUSP... | CRIMINA... | 01/06/2020 |
| 2019TR088413 | Closed | Defendant | DAVIS STEVEN L | 1985 | REGISTRATION LIGH... | TRAFFIC | 12/23/2019 |
| 2019TR088412 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON REVOK... | TRAFFIC | 12/23/2019 |
| ... | | ...ntiff | DAVIS STEVEN | ... | NETSPEND B... | ... | |
| ...000... | ...osed | Plaintiff | DAVIS S... ...EN L | N/A | ...ISPEN... ...TIE | Adv... 15 S... | |

Clerk of the Circuit Court
Andrea Lynn Chasteen

Search End

## Search for Party Name - STEVEN DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|------------|------------|------------|-----------|-----------|-----------|
| 2005CM001528 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CM001527 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CF001300 | Colle... | Defendant | DAVIS STEVEN L | 1985 | BURGLARY | CRIMINA... | 06/27/2005 |
| 2004CM002847 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/19/2004 |
| 2004CM000998 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 03/26/2004 |
| 2003TR104188 | Closed | Defendant | DAVIS STEVEN L | 1985 | HEAD/TAIL/SIDELIGH... | TRAFFIC | 11/14/2003 |
| 2003TR104187 | Closed | Defendant | DAVIS STEVEN L | 1985 | SEAT BELT REQUIRE... | TRAFFIC | 11/14/2003 |
| 2003TR104186 | Closed | Defendant | DAVIS STEVEN L | 1985 | IMPROPER TRAFFIC ... | TRAFFIC | 11/14/2003 |
| 2003TR104185 | Closed | Defendant | DAVIS STEVEN L | 1985 | UNLICENSED | TRAFFIC | 11/14/2003 |
| 2003TR104184 | Closed | Defendant | DAVIS STEVEN L | 1985 | OPERATE UNINSURE... | TRAFFIC | 11/14/2003 |
| 2003DT001382 | Closed | Defendant | DAVIS STEVEN L | 1985 | DUI ANY AMOUNT OF.. | DUI TRA.. | 12/23/2003 |
| 2003DT001199 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRVG UNDER INFLU ... | DUI TRA... | 12/23/2003 |
| | Closed | Defendant | DAVIS STEVEN L | 1958 | | CRIMINA... | |
| | Closed | Defendant | DAVIS STEVEN L | 1958 | | CRIMINA... | |
| 1992NS004445 | Closed | Defendant | DAVIS STEVEN L | N/A | ILLINOIS DEPARTME... | Non Sup... | 04/08/1992 |

Search End

## Search for Party Name - STEVEN DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|------------|------------|------------|-----------|-----------|-----------|
| 2005CM001528 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CM001527 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA.. | 05/16/2005 |
| 2005CF001300 | Colle... | Defendant | DAVIS STEVEN L | 1985 | BURGLARY | CRIMINA... | 06/27/2005 |
| 2004CM002847 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/19/2004 |
| 2004CM000998 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 03/26/2004 |
| 2003TR104188 | Closed | Defendant | DAVIS STEVEN L | 1985 | HEAD/TAIL/SIDELIGH... | TRAFFIC | 11/14/2003 |
| 2003TR104187 | Closed | Defendant | DAVIS STEVEN L | 1985 | SEAT BELT REQUIRE... | TRAFFIC | 11/14/2003 |
| 2003TR104186 | Closed | Defendant | DAVIS STEVEN L | 1985 | IMPROPER TRAFFIC ... | TRAFFIC | 11/14/2003 |
| 2003TR104185 | Closed | Defendant | DAVIS STEVEN L | 1985 | UNLICENSED | TRAFFIC | 11/14/2003 |
| 2003TR104184 | Closed | Defendant | DAVIS STEVEN L | 1985 | OPERATE UNINSURE... | TRAFFIC | 11/14/2003 |
| 2003DT001382 | Closed | Defendant | DAVIS STEVEN L | 1985 | DUI ANY AMOUNT OF... | DUI TRA... | 12/23/2003 |
| 2003DT001199 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRVG UNDER INFLU ... | DUI TRA... | 12/23/2003 |
| 1992NS004445 | Closed | Defendant | DAVIS STEVEN L | N/A | ILLINOIS DEPARTME... | Non Sup... | 04/08/1992 |

4

Search End

## Search for Party Name - STEVEN DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|-----------|-----------|-----------|-----------|-----------|-----------|
| 199 DT0556 | | Defen | DAVIS STEVEN A | 963 | HEAD/TAIL/SIDEL | DUI TRA | 08/31/19 |
| | Closed | Defend | DAVIS STEVEN A | 1963 | DRVG UNDER INFLU/ | DUI TRA | 08/31/1998 |
| 199 DT085620 | Closed | Defend | DAVIS STEVEN A | 1963 | DRVG UNDER INFLU | DUI TRA | 08/31/1998 |
| 19 TR085 | Closed | Defendant | DAVIS STEVEN | 1963 | DRIVING 11-15 MPH | TRAFFIC | 05/09/1997 |
| 19 6TR0 | Closed | Defendant | DAVIS STEVEN | 196 | DRIVING 21-25 MPH | TRAFFIC | 10/21/1996 |
| 19 | Closed | Defendant | DAVIS STEVEN A | 1963 | OPERATE UNINS | TRAFFIC | 10/21/1996 |
| | Closed | Defendant | DAVIS STEVEN | | DRIVING 11-15 MPH | TRAFFIC | 09/18/1994 |
| | Co | Defendant | DAVIS STEVEN A JR | 197 | REGIS EXPIRATION/1 | TRAFFIC | 12/07/2020 |
| TR0993 | Defendant | DAVIS STEVEN B | 198 | REGISTRATION LIGH | TRAFFIC | 08/03/2007 |
| | Plaintiff | DAVI STEVEN C | N/A | DAVIS BAL | solut | 03/20 |
| 2 T0078 | | DAVIS STEVEN C | 198 | EXCEEDING SPEED L | FIC | 11/22/20 |
| 20 1 R 07 | Closed | Defendant | DAVIS STEVEN C | 198 | DRIVING ON SUSPEN | TRAFFIC | 11/22/20 |
| 20 0SCA 66 | | Defendant | DAVIS STEVEN C | N/A | SALLIE MAE INC | SC S500 | 07/30/20 |
| 2008CM004708 | Closed | Defendant | DAVIS STEVEN C | 1985 | DOMESTIC BTRY/PH... | CRIMINA... | 11/17/2008 |
| 2008CF002402 | Closed | Defendant | DAVIS STEVEN C | 1985 | DRIVING RVK/SUSP ... | CRIMINA... | 10/06/2008 |
| 2007TR106558 | Closed | Defendant | DAVIS STEVEN C | 1985 | SEAT BELT REQUIRE... | TRAFFIC | 09/05/2007 |
| 2007TR106557 | Closed | Defendant | DAVIS STEVEN C | 1985 | DRIVING ON REVOK... | TRAFFIC | 09/05/2007 |
| 2005TR007968 | Closed | Defendant | DAVIS STEVEN C | 1990 | SPEEDING 40+ MILE... | TRAFFIC | 01/25/2005 |
| 2005TR007967 | Closed | Defendant | DAVIS STEVEN C | 1990 | FAIL TO REDUCE SP... | TRAFFIC | 01/25/2005 |
| 2005TR007966 | Closed | Defendant | DAVIS STEVEN C | 1990 | IMPROPER TURN SI... | TRAFFIC | 01/25/2005 |
| 2005TR007965 | Closed | Defendant | DAVIS STEVEN C | 1990 | IMPROPER TRAFFIC ... | TRAFFIC | 01/25/2005 |
| 2005TR007964 | Closed | Defendant | DAVIS STEVEN C | 1990 | UNLICENSED | TRAFFIC | 01/25/2005 |
| 2005TR007963 | Closed | Defendant | DAVIS STEVEN C | 1990 | SEAT BELT REQUIRE... | TRAFFIC | 01/25/2005 |
| 2005TR007962 | Closed | Defendant | DAVIS STEVEN C | 1990 | DISREGARD STOP SI... | TRAFFIC | 01/25/2005 |
| | Closed | Defendant | DAVIS STEVEN | 1971 | DRIVING 11-21 MPH | TRAFFIC | |

Search End

## Search for Party Name - STEV DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|------------|------------|-----------|-----------|-----------|-----------|
| '003TR104188 | Closed | Defendant | DAVIS STEVEN L | 1985 | HEAD/TAIL/SIDELIGH... | TRAFFIC | 11/14/2003 |
| '003TR104187 | Closed | Defendant | DAVIS STEVEN L | 1985 | SEAT BELT REQUIRE... | TRAFFIC | 11/14/2003 |
| '003TR104186 | Closed | Defendant | DAVIS STEVEN L | 1985 | IMPROPER TRAFFIC ... | TRAFFIC | 11/14/2003 |
| '003TR104185 | Closed | Defendant | DAVIS STEVEN L | 1985 | UNLICENSED | TRAFFIC | 11/14/2003 |
| '003TR104184 | Closed | Defendant | DAVIS STEVEN L | 1985 | OPERATE UNINSURE... | TRAFFIC | 11/14/2003 |
| '003DT001382 | Closed | Defendant | DAVIS STEVEN L | 1985 | DUI ANY AMOUNT OF... | DUI TRA... | 12/23/2003 |
| '003DT001199 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRVG UNDER INFLU ... | DUI TRA... | 12/23/2003 |
| 9...... | Closed | Defendant | DAVIS STEVEN L | 1958 | POSSESS... OR... IK... | CRIMINA... | ...12/1996 |
| 995OV...7766 | ... | Defendant | DAVIS STEVEN L | 1958 | ALCOHOL-POSSESS ... | ORDINA... | 10/2...95 |
| 992NS004445 | Closed | Defendant | DAVIS STEVEN L | N/A | ILLINOIS DEPARTME... | Non Sup... | 04/08/1992 |
| 9...R01...56 | Closed | Defendant | DAVIS STEVEN L | 195... | TRANSP/CARRY ALC... | TRAFFIC | 02/22/... |
| 9...139... | Closed | Defendant | DAVIS STEVEN L | 1958 | IMPLIED CONSENT ... | TRAFFIC | 08/21/19... |
| ...R0...394 | ...osed | Defendant | DAVIS STEVEN L | 195... | IMPROPER TRAFFIC ... | TRAFFIC | 08/21/1987 |
| ...051...3 | Closed | Defendant | DAVIS STEVEN L | 195... | SEAT BELT REQUIRE... | TRAFFIC | 08/21/19... |
| ...TR051... | Closed | Defendant | DAVIS STEVEN L | 195... | DRIVING ON SUSPEN... | TRAFFIC | 08/21/1987 |
| 9...1391 | Closed | Defendant | DAVIS STEVEN L | 195... | DRVG UNDER INFLU ... | TRAFFIC | 08/21/1987 |
| ...R026943 | Closed | Defendant | DAVIS STEVEN M | ... | DRIVING 15-20 MPH ... | TRAFFIC | 04/05/20... |
| ...R... | Closed | Defendant | DAVIS STEVEN M | 1971 | UNLICENSED | TRAFFIC | 08/22/2006 |
| '006...R0971... | Closed | Defendant | DAVIS STEVEN M | 1971 | REGIS EXPIRATION/... | TRAFFIC | 08/22/2006 |
| ...9...11 | Closed | Defendant | DAVIS STEVEN M | 1971 | DRIVING 15-20 MPH ... | TRAFFIC | 12/10/1999 |
| ...R00...3 | Closed | Defendant | DAVIS STEVEN M | 1955 | DRIVING 11-15 MPH ... | TRAFFIC | 11/12/1993 |
| ...6211 | Dism... | Plaintiff | DAVIS STEVEN M | N/A | DAVIS JEANNE M | ORDER | 12/16/1993 |
| ...D 01660... | Closed | CTR PLTF | DAVIS STEVEN M | N/A | DAVIS STEPHEN M | DIVORCE | 12/30/1993 |
| 991TR04... | Closed | Defendant | DAVIS STEVEN M | 195... | DRIVING 1-10 MPH ... | TRAFFIC | 06/25/1991 |
| 990TR077916 | Closed | Defendant | DAVIS STEVEN M | ... | ... | ... | ... |

Search End

## Search for Party Name - STEV DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|-----------|-----------|-----------|-----------|----------|-----------|
| 2011CM001203 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 04/25/2011 |
| 2011CM000765 | Colle.. | Defendant | DAVIS STEVEN L | 1985 | CRIM TRESPASS RE... | CRIMINA.. | 03/17/2011 |
| 2010OV001037 | Colle... | Defendant | DAVIS STEVEN L | 1985 | POSSESS LESS THA... | ORDINA... | 02/23/2010 |
| 2009CM002082 | Closed | Defendant | DAVIS STEVEN L | 1985 | BATTERY/MAKES PH... | CRIMINA... | 06/17/2009 |
| 2008TR094377 | Closed | Defendant | DAVIS STEVEN L | 1985 | REGISTRATION LIGH... | TRAFFIC | 08/11/2008 |
| 2008TR094376 | Closed | Defendant | DAVIS STEVEN L | 1985 | UNLICENSED | TRAFFIC | 08/11/2008 |
| 2008TR094375 | Closed | Defendant | DAVIS STEVEN L | 1985 | OPERATE UNINSURE... | TRAFFIC | 08/11/2008 |
| 2008CM002608 | Colle.. | Defendant | DAVIS STEVEN L | 1985 | DOMESTIC BTRY/PH... | CRIMINA... | 06/23/2008 |
| 2007CM003722 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 09/14/2007 |
| 2007CM003482 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/27/2007 |
| 2007CM002692 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 07/09/2007 |
| 2006CM003058 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/14/2006 |
| 2006CM001893 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/22/2006 |
| 2006CM001271 | Colle.. | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS.. | CRIMINA... | 04/12/2006 |
| 2006CM000501 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 02/09/2006 |
| 2006CM000430 | Colle... | Defendant | DAVIS STEVEN L | 1985 | RESIST/PEACE OFFI... | CRIMINA... | 02/03/2006 |
| 2005CM004316 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS.. | CRIMINA... | 12/23/2005 |
| 2005CM003533 | Com... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 10/25/2005 |
| 2005CM001918 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA. | 06/16/2005 |
| 2005CM001749 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 06/06/2005 |
| 2005CM001528 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CM001527 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CF001300 | Colle... | Defendant | DAVIS STEVEN L | 1985 | BURGLARY | CRIMINA... | 06/27/2005 |
| 2004CM002847 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/19/2004 |
| 2004CM000998 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA. | 03/26/2004 |



Clerk of the Circuit Court
Andrea Lynn Chasteen

Search End

## Search for Party Name - STEV DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|-----------|-----------|-----------|-----------|-----------|-----------|
| 1993TR___ | Open | Defendant | DAVIS STEVEN J | 1971 | OPERATE UNINSURE | TRAFFIC | 02/02/1993 |
| 1993TR004___ | Open | Defendant | DAVIS STEVEN J | 1971 | HEAD/TAIL/SIDELIGH... | TRAFFIC | 02/02/1993 |
| 1993TR004606 | Open | Defendant | DAVIS STEVEN J | 1971 | DRIVING ON SUSPEN | TRAFFIC | 02/02/1993 |
| 1990TR094___ | Closed | Defendant | DAVIS STEVEN J | 1971 | DISP REGIS PLATE/D... | TRAFFIC | 11/28/1990 |
| 1990TR094415 | Closed | Defendant | DAVIS STEVEN J | 1971 | DISREGARD STOP SI... | TRAFFIC | 11/28/1990 |
| 1990TR094414 | Closed | Defendant | DAVIS STEVEN J | 1971 | | | |
| 1990TR____ | Closed | Defendant | DAVIS STEVEN J | 1971 | OPERATE UNINSURE... | TRAFFIC | |
| 1990TR092094 | Closed | Defendant | DAVIS STEVEN J | 1971 | OPERATE UNINSURE... | TRAFFIC | 11/15/1990 |
| | | | | 1971 | IMPROPER USE REG... | TRAFFIC | 11/15/1990 |
| 2022LA000552 | Open.. | $Plaintiff | DAVIS STEVEN L | N/A | CHILDREN FAMILY S... | Tort - Mo... | 08/26/2022 |
| 2020TR000610 | Closed | Defendant | DAVIS STEVEN L | 1985 | DISREGARD STOP SI... | TRAFFIC | 01/06/2020 |
| 2020TR000609 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON REVOK... | TRAFFIC | 01/06/2020 |
| 2020TR000608 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON SUSPEN... | TRAFFIC | 01/06/2020 |
| | | Plaintiff | DAVIS STEVEN L | N/A | SIX DAYS AUTO SALES | Contract | 02/03/2020 |
| 2020OP000225 | Closed | Plaintiff | DAVIS STEVEN L | N/A | WEST JEFF | Order | 02/05/2020 |
| 2020OP000224 | Dism... | Plaintiff | DAVIS STEVEN L | N/A | FERREIRA STEWART | Stalking ... | 02/05/2020 |
| 2020CF000032 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING RVK/SUSP ... | CRIMINA... | 01/06/2020 |
| 2019TR088413 | Closed | Defendant | DAVIS STEVEN L | 1985 | REGISTRATION LIGH. ... | TRAFFIC | 12/23/2019 |
| 2019TR088412 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON REVOK... | TRAFFIC | 12/23/2019 |
| 2019AR000334 | Closed | Plaintiff | DAVIS STEVEN L | N/A | NETSPEND BANK | Arb 15,0... | 04/26/2019 |
| 2019AR000216 | Closed | Plaintiff | DAVIS STEVEN L | N/A | NETSPEND BANK | Arb 15,0... | 03/08/2019 |
| 2018CM001504 | Closed | Defendant | DAVIS STEVEN L | 1985 | BATTERY/MAKES PH... | CRIMINA... | 07/23/2018 |
| 2014CM002982 | Colle.. | Defendant | DAVIS STEVEN L | 1985 | AGGRAVATED ASSA... | CRIMINA... | 10/27/2014 |
| 2013F 000443 | Closed | Defendant | DAVIS STEVEN L | N/A | ILLINOIS DEPARTME... | Non Sup... | 05/24/2013 |
| 2013CF002170 | Colle... | Defendant | DAVIS STEVEN L | 1985 | HRSMT/NO CONVER... | CRIMINA... | 10/04/2013 |
| 2012CF002296 | Colle... | Defendant | DAVIS STEVEN L | 1985 | MFG/DEL CANNABIS/... | CRIMINA... | 10/03/2012 |

ADVERTISEMENT





NEWS

# Housing manager aided drug dealers, police say

By Karen Mellen and Tribune staff reporter
Chicago Tribune • May 06, 2005 at 12:00 am



**TODAY'S TOP VIDEOS**


Top Videos: - 6 Pro Chefs Reveal Their Go-To Spicy Ingredients

and Urban Development Department, which would free up money for repairs and more security.



The owners sued Joliet recently, arguing that some city officials unfairly described the apartments as uninhabitable and discriminated against African-American residents in their quest to shut down the complex.

Joliet responded with a lawsuit arguing that the management company has not reimbursed the city for about $300,000 in security costs.

In the criminal case, prosecutors Tuesday obtained an arrest warrant for Evergreen manager Isaac Fentry, 41, of the 3900 block of Butterfield Road in Bellwood on several charges, including narcotics racketeering, solicitation, unlawful criminal drug conspiracy and unlawful delivery of a controlled substance.

A civilian working with the Joliet Police Department in late March wore a wiretap and collected evidence showing that Fentry sold the visitors' passes to people who then sold drugs on the property, said Chief David Gerdes. Police said non-residents who do not have a pass, which includes a photo identification, can be arrested for trespassing at Evergreen Terrace.

Gerdes said police were tipped off during another undercover drug investigation.

It's pretty disheartening that we're constantly making drug arrests there, and we find that a manager was facilitating the drug dealing," Gerdes said.

The chief said about a dozen people were arrested for selling drugs at the complex in February.

Also this week, prosecutors obtained a search warrant to take computers and other office equipment from the Evergreen Terrace offices.

Police said more charges could be filed.

Thursday evening, Fentry was being held in the Will County Jail on $150,000 bail.

A spokesman for Burnham Management said Fentry, who has no history of complaints at the job, was suspended without pay.

His job included acting as a liaison between residents of the complex and management, a spokesman said.

"Evergreen Terrace strives to provide the best housing possible for its residents, and we do not tolerate any illegal activity whatsoever," said a statement from the management firm. "Whenever illegal activity is brought to our attention, we notify and work with law enforcement.

"We will continue to work closely with the Joliet Police Department to get to the bottom of this matter and resolve it."

----------

kmellen@tribune.com

**Don't Dress Yourself Old - These 17 Fashion Items Make You Look Older**

Habit Tribe | Sponsored

**Cadillac Has Done It Again. This Year's Lineup Has Left Us Speechless**

All Things Auto | Sponsored

Search Now

**Top Rated 2022 SUVs For Families. Safe, Affordable & Spacious**

Family SUVs | Sponsored

Learn More

★★★★★

**Electric-Saver.com** | Sponsored

Learn More

## Illinois Gov Will Cover The Cost To Install Solar If You Own A Home In These Zip Codes

**EnergyBillCruncher** | Sponsored

## Unsold Ceiling Fans Almost Being Given Away

**Discount Fans | Search Ads** | Sponsored

Learn More

## Worried About Retiring During a Market Crash? 3 Steps to Take

**SmartAsset** | Sponsored

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

## Most Read

Ask Amy: DNA testing shows my youngest isn't my

biological child

September 08, 2022







Going to a Chicago Bears game? Here's what to know if you're headed to Soldier Field this season.

September 09, 2022



'Resilient' Chicago White Sox stage big rally — 5 runs in the 9th — for a 5-3 victory and their 8th win in the last 10 games

2h



ADVERTISEMENT

## You May Like

**Sponsored Links** by Taboola

### 2022 Camper Vans Basically on Clearance Sale

Hot Deals - Top Searches

Learn More

### Looks Inside Bill Murray's Private Jet

Cars&Yachts

### If You Spend Time on Your Computer, this Vintage Game is a Must-Have. No Install.

Forge Of Empires

### Historical Figures Who Lived Long Enough To Be Photographed

Inside Mystery

ADVERTISEMENT



Copyright © 2022, Chicago Tribune

**Chicago Tribune**

Joliet, police say, leading to routine sweeps that frustrated authorities and provided fodder to city officials looking to close the complex.

On Thursday, police detailed an inside job in which a manager at the complex allegedly sold weeklong visitors' passes, at $150 each, to drug dealers, giving them cover to sell cocaine at the apartment buildings for low-income residents.

City officials, who have been accused of racial discrimination because of their zeal to close the complex, immediately jumped on the charges as proof that the 356-unit facility along the Des Plaines River should be razed.

"I think [the arrest] substantiates the city's position that there's been a management problem at the property," said Joliet City Manager John Mezera. "And that the only discrimination that occurs at the property is the discrimination that Burnham Management effectuates by continuing to keep the tenants in an unsafe and dangerous situation."

Since 2003, the city and Burnham Management of Chicago, which manages the facility, have been locked in a battle over the complex.



# Notice of Barred Persons

2/13/2023

Property Name: River Walk Homes LLC
Property Address: 350 N. Broadway
Manager Name: Andrea Green
Tenant Address: 362 N. Broadway Unit 401
Tenant: Previous Resident – Latrice Reeves
Barred Person Name: Steven Davis
Barred Person Address: 301 N Ottawa

You are hereby notified that Steven Davis, barred from <u>River Walk Home LLC</u> as of <u>2/4/2011.</u>
The landlord has the right to bar persons at their discretion. Persons whose presence on the premises
constitutes a danger to persons or property on and around the development or those who have caused
a significant disturbance on or near the premises will be barred Steven Davis barred from the
premises for Anti-Social & Disorderly Conduct.

<u>Please note </u>that if you, members of your household, and/or your guests violate the terms of your
lease agreement, your tenancy may be terminated.

Actual or suspected unlawful activities that are observed at or near the property should be reported to
the local Police Department.

Received, Tenant Signature

Date 2-13-2023

RIVERWALK HOMES, LLC
350 N. Broadway St.
Joliet, IL 60435

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT**
**WILL COUNTY, ILLINOIS**

Steven Lamar Davis
**Plaintiff/Petitioner**

**vs**

DCFS & County of Will
**Defendant/Respondent**

CASE NO: 2022 LA 552

**ORDER**

| PLAINTIFF/PETITIONER PRESENT: ☒ YES ☐ NO | Judge Anderson | PLAINTIFF/ PETITIONER'S ATTORNEY: Pro Se | PRESENT: ☒ YES ☐ NO |
| DEFENDANT/RESPONDENT PRESENT: ☐ YES ☒ NO | SELF-REPRESENTED LITIGANT (SRL): ☒ PLAINTIFF/PETITIONER ☐ DEFENDANT/RESPONDENT | DEFENDANT/ RESPONDENT'S ATTORNEY: Renken / Saliu | PRESENT: ☒ YES ☐ NO |

This matter comes before the Court on Defendant's Motion
to dismiss. Plaintiff present in Court. It is hereby ordered:

1) Amended Complaint filed September 15, 2022 and
September 29, 2022 is dismissed.

2) Plaintiff is granted leave to file a third amended
Complaint by January 3, 2023.

3.) matter is set for Status February 14, 2023
at 9:00 am Courtroom 905.

4.) Plaintiff is to abstain from telephonic communication
with the Defendant's and limit communication to
e-mail form.

Dated: NOV. 28, 2022

Enter: _____
Judge

_____
(Signature of Plaintiff/Petitioner or Plaintiff/Petitioner's Attorney)

_____
(Signature of Defendant/Respondent or Defendant/Respondent's Attorney)

**ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

White – Court    Yellow – Plaintiff    Pink – Defendant

**7C** (Revised 06/17)

# IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

Steven Lamar Davis
_____
**Plaintiff/Petitioner**

**vs**

_____ **CASE NO:** 2022 LA 552

**Defendant/Respondent**

### ORDER

| PLAINTIFF/PETITIONER PRESENT:<br>☒ YES ☐ NO | Judge | PLAINTIFF/ PETITIONER'S ATTORNEY: | PRESENT:<br>☐ YES ☐ NO |
|---|---|---|---|
| DEFENDANT/RESPONDENT PRESENT:<br>☐ YES ☐ NO | SELF-REPRESENTED LITIGANT (SRL):<br>☒ PLAINTIFF/PETITIONER<br>☐ DEFENDANT/RESPONDENT | DEFENDANT/ RESPONDENT'S ATTORNEY: | PRESENT:<br>☒ YES<br>☐ NO |

This matter comes before this Court on the Defendant
"county of Will" motion to dismiss.

It is hereby ordered:

① Defendant's motion is granted without prejudice.

② _____ granted 28 __ to file amend
complaint.

③ this matter is set for status on filing if done
to October 28th 2022 at 9:00 Courtroom
905.

Dated: Sep. 15 , 2022

Enter: _____
Judge

_____
(Signature of Plaintiff/Petitioner or Plaintiff/Petitioner's Attorney)

_____
(Signature of Defendant/Respondent or Defendant/Respondent's Attorney)

**ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

White – Court   Yellow – Plaintiff   Pink – Defendant

**7C** (Revised 06/17)

# IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

Steven Lamarr Daus
**Plaintiff/Petitioner**

vs

DCFS & Will County
**Defendant/Respondent**

CASE NO: 2022 LA 552

## ORDER

| PLAINTIFF/PETITIONER PRESENT: ☒ YES ☐ NO | Judge Anderson | PLAINTIFF/PETITIONER'S ATTORNEY: Pro Se | PRESENT: ☒ YES ☐ NO |
| DEFENDANT/RESPONDENT PRESENT: ☐ YES ☒ NO | SELF-REPRESENTED LITIGANT (SRL): ☒ PLAINTIFF/PETITIONER ☐ DEFENDANT/RESPONDENT | DEFENDANT/RESPONDENT'S ATTORNEY: Renken | PRESENT: ☒ YES ☐ NO |

This matter comes before the Court on Status
on Pleadings. It is hereby ordered:

1) On the Courts motion the complaint is
dismissed under 2-615 without Prejudice.

2) Plaintiff is granted leave to file an
amended complaint within

3) Matter is set for Status April 24, 2023
at 9:00 am, courtroom 905.

4) The court may limit to amount of future
amended complaints.

Dated: Feb. 14, 2022

Enter: _____ Judge

_____
(Signature of Plaintiff/Petitioner or Plaintiff/Petitioner's Attorney)

_____
(Signature of Defendant/Respondent or Defendant/Respondent's Attorney)

## ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY

White – Court   Yellow – Plaintiff   Pink – Defendant

**7C** (Revised 06/17)

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2022LA000552
Filed Date: 12/12/2022 1:05 PM
Envelope: 20637979
Clerk: MLR

APP-AmendD — Department of Child...

CASE. NO. 2022 LA 552

Temporary Custod 705 ILCS 405/2-7 - Public Act 102-1104

Temporary custod means the temporary Placement of the minor out of the custody of his or her guardian or parent, and includes th Following: (1) (2) of 705 ILCS 405/2-7 - P.A. 85-601.

Section 705 ILCS 405/2-1 Jurisdictional facts.
Proceedings may be instituted under the provisions of this Article concerning Boys and girls who are abused neglected or dependent is defined in sections 2-3 or 2-4.
Public Act 102-1104 - Section 705 ILCS 405/2-4b - Family support Program Services; hearing (A) (B) (C) (D) (2) (3) of this Act Amended By P.A. 101-0081, § 680, eff 7/12/2019 Added By P.A. 100-0978 § 10, eff 8/19/201

Public Act 102-1102 - Section 705 ILCS 405/2-10.2 Educational xerrogate Parent (E) (1) and (2) (B) (1) (2) (3) (4) - (C) Laws and Rules ADDed By P.A. 098-0868 § 5, eff. 8/8/2014

Public Act 102-1104 - 705 ILCS 405/2-11 Medical and Dental Treatment and care - Section 705 ILCS 405/2-11 At all times During temporary custody or shelter care the court may authorize a Physician, a hospital or any other appropriate health care Provider ro Provide medical dental or surgical procedures if such procedures are necessary to safeguard the minor's life or health.

Section 705 ILCS 405/2-13.1 - Early termination of reasonable efforts (1)(A) Section 2-13 of this Act the State's Attorney, the guardian ad litem, or the Department of Children and family Services. (B) (i) (ii) (A) (B) (C) (D) (E) (2) (A) (D) (A)

P.A. 90-608, eff. 6/30/1998.

Xllenerson io 11-29-2022

+ (1) ADD - AmenDD

(625 ILCS 5/3-707). The Proposed legislation would add
an additional offense, driving without insurance to the
list which allow for towing and impoundment
625 ILCS 5/7-601 Every Driver in Illinois has to have a liability
Section 625 ILCS 5/11-208.7 Administrative Fees

CASe NO. 2022 LA 552

Steven L Davis    11/29/2022

+W  APD-AmenDD

Steven Davis
11/29/2022
CASE NO. 2022 LA 552

**November 14, 2003 date of birth December 4, 1985 next birthday December 4, 2003 calculations 16 days left in November 2003+3 days before 4 December 2003 makes 19 days**

ADD - AmenDD

Steven Pauds

11/29/2022

CASE NO. 2022 LA 552



06 25 21 DDI

...ANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVERS LICENSE FILE OF...

JRPOSES D120-7928-5345-0

06 25 21 DDL:

...THE PROVISIONS OF THE ILLINOIS VEHICLE CODE THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVERS LICENSE FILE OF THE PERSON IDENTI

D120-7928-5345-0

L DAVIS
S ST APT 2
60435

| CONT LIC DATE | ISSUE DATE | BIRT |
|---|---|---|
| 00 00 00 | 00 00 00 | 12. |

| IGHT | WEIGHT | HAIR | EYES | D E | CDL | TL | CLASS | ENDORS | MC | RESTRICTION | EXPIRATIO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00 | 000 | | | | N | 0 | | | X | NONE | 00 |

ADD-AmenDI

Steven Davis

11/29/2022

CASE NO. 2022 LA 552

ENSION EFF-DT 02-04-04 TERM-DT 09-02-20 OFFENSE 1 0501 01
NO=1808472 ARR-DT 11-14-03 SUS-LGTH=03MO BAC-LV=08
OURT=WILL
UTORY SUMMARY SUSPENSION/FAIL OR REFUSE ALCOHOL/DRUG TEST
DIAL ARR-DT 11-14-03 SUP-DT 03-18-05
NO=18084
RRAL TO
ICTION
NO=18078
N HZ=N C
ING WITH
ENSION
ATING A
ICTION
NO=18084
N HZ=N C
ALCOHOL
CATION
ATING A
REQ
NCIAL RE
ICTION ARR-DT 06-21-07 DISP-DT 07-25-07 OFFENSE 6 500 A1
NO=826250 DOC LOC NO= IN COURT=CODE SFR
N HZ=N CDL=N
ING DURING A SUSPENSION/REVOCATION
NSION EFF-DT 08-16-07 ENTG-DT 07-25-08
NSION OF REVOCATION
ICTION EFF-DT 08-26-07 DISP-DT 09-17-07 NATIVE OFF C
NO= DOC LOC NO= IL07003105646 STATUS ONE
OFF=B26 COURT=CTR CMV=N HZ=N CDL=N ACC-TYPE=
ING/OPERATING A MOTOR VEHICLE WHILE LICENSE SUSPEND
NSION EFF-DT 10-19-07 ENTG-DT 09-17-08

▮▮▮ Boost Mobile   LTE          9:01 AM                    ◉ ▬

ADD- AMENDD
Steven Davis
11/29/2022
CASE NO. 2022 LA 552

 Noelle Nasif  May 9
to me ⌄

Dear Mr. Davis,

I am writing to inform you that we are not able
to provide legal assistance at this time. As i
advised during our phone call on May 3rd, you
are currently serving a sentence of a
conditional discharge for your January 2022
conviction (case # 2020CF000032) for Driving
on a Revoked License and Suspicion of DUI
and therefore are not eligible to petition to
seal any of your past convictions until after
the conditional discharge is completed.
Furthermore, we are also unable to assist in
expungement your past arrests or dismissed
charges as this time as we do not provide
such services while there is a sentence in
force, including sentences for a conditional
discharge.

--
Noelle Nasif
Prairie State Legal Services
Staff Attorney
18 W Cass St, 5th floor
Joliet, IL 60432
815-727-5123

**Wednesday December 4 1985**

ADD-AMENDD
Steven Davis

11/29/2022

CASe No. 2022 LA 552

Your age on
November 14, 2003

≡

Years: 17

years

You were:

17 years, 11 months,
and 10 days old

CASE NO. 2021 LH 552
11/29/2022
Athena Davis
ADD - AmenDD
#D



The owners sued Joliet recently, arguing that some city officials unfairly described the apartments as uninhabitable and discriminated against African-American residents in their quest to shut down the complex.

Joliet responded with a lawsuit arguing that the management company has not reimbursed the city for about $500,000 in security costs.

In the criminal case, prosecutors Tuesday obtained an arrest warrant for Evergreen manager Isaac Fentry, 41, of the 3900 block of Butterfield Road in Hillwood on several charges, including narcotics racketeering, solicitation, unlawful criminal drug conspiracy and unlawful delivery of a controlled substance.

A civilian working with the Joliet Police Department in late March wore a wire and collected evidence showing that Fentry sold the visitors' passes to people who then sold drugs on the property, said Chief David Gerdes. Police said non-residents who do not have a pass, which includes a photo identification, can be arrested for trespassing at Evergreen Terrace.

Gerdes said police were tipped off during another undercover drug investigation.

+ ①
ADD - AmenDD
Steven Davis
11/29/2022
CASE No. 2022 LA 552

ADD - AmenDD

*Steven Davis*

11/29/2022

CASe. NO. 2022 LA 552

ADD-AMENDD
Steven Davis
11/29/2022
CASe. NO. 2022 LA 552

**STEVEN DAVIS**
Type Child Protection

Previous    Next

Events

| Date | Type and Comment |
|------|------------------|
| 08/14/2003 | **Goal Set - Substitute Care** ... **ding Independence** JUDGE: 1317 CALP: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: O'Brien, Joan Margaret |
| 03/14/2003 | **Finding Of Reasona**... **s Made** JUDGE: 1317 CALP: 0000 |
| | ...e Respondent ... |
| | ... **Review Set** JUDGE: 1317 CALP: 0000 |
| | Party: ... DAVIS, STEVEN |
| | Judicial Officer: O'Brien, Joan Margaret |
| 02/20/2004 | **CP-Continued for Perm Plan Hrg** |
| 08/14/2003 | **Permanency Planning Order Entered** JUDGE: 1317 CALR: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: O'Brien, Joan Margaret |
| 08/14/2003 | **Miscellaneous Registered** JUDGE: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| 06/30/2003 | **Permanency Planning Review Set** JUDGE: 1317 CALR: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: O'Brien, Joan Margaret |
| 08/14/2003 | **CP-Continued for Perm Plan Hrg** |
| 06/30/2003 | **Per Draft Order** JUDGE: 1317 CALR: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: O'Brien, Joan Margaret |
| 06/30/2003 | **Order On Motion To Amend Information On Petition (Alw)** JUDGE: 1317 CALR: |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: O'Brien, Joan Margaret |
| 05/07/2003 | **Continued For Progress Report** JUDGE: 1750 CALR: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: Holmes, Patricia B |
| 06/30/2003 | **CP-Progress Report** |
| 05/07/2003 | **Order On Motion To Quash Child Protection Warrant - Alw** JUDGE: 1750 CALR |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: Holmes, Patricia B |
| 05/07/2003 | **Instanter Filed** JUDGE: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| 04/28/2003 | **Continued For Progress Report** JUDGE: 1317 CALR: 0000 |



ADD-AmenDD

Steven Davis

11/29/2022

CASe. NO. 2022 LA 552

## ILLINOIS INSURANCE CARD

AMERICAN FREEDOM INSURANCE COMPANY
1863 WALL ST SUITE 600 MOUNT PROSPECT, IL 60056

TO REPORT A CLAIM: 847-759-9300

AGENT/PRODUCER
ACCURATE INSURANCE SVCS
1111 W 22ND ST, STE 610, OAK
BROOK, IL 60523
(708) 590-4500

POLICY NUMBER: 12-2214023-00
BOUND TIME 12/24/19 09:29 AM
EFFECTIVE DATE    EXPIRATION DATE
12/25/19              06/25/20

NAMED INSURED:
STEVEN L DAVIS
469 ROSS ST
OLET, IL 60435

YEAR/MAKE/MODEL/VIN )
2005 BUICK / CENTURY
5/4553CUSTOM/LTD/SPECIAL
ID.   2G4WS52J151195538

DRIVERS COVERED:
STEVEN L DAVIS

ALL EXCLUDED DRIVERS

EXAMINE YOUR POLICY AND DECLARATIONS PAGE CAREFULLY. THIS FORM DOES NOT
EXAMINE POLICY EXCLUSIONS CAREFULLY. THIS FORM DOES NOT
CONSTITUTE ANY PART OF YOUR INSURANCE POLICY.

KEEP THIS CARD · · · · · · IF YOU HAVE
AN ACCIDENT:

1. Notify American Freedom and the
   police immediately.

2. Obtain names, addresses, telephone
   numbers and license numbers of
   persons involved and witnesses.

3. Obtain names of Insurance Companies
   and policy numbers from all drivers.

4. Do not admit fault and do not discuss
   the accident with anyone except the
   police and American Freedom
   Insurance Company.

Failure to call American Freedom may
jeopardize your claim.

ADD - AmenDD

Steven Davis

11/29/2022

CASe. NO. 2022 LA 552

The owners sued Joliet recently, arguing that some city officials unfairly described the apartments as uninhabitable and discriminated against African-American residents in their quest to shut down the complex.

Joliet responded with a lawsuit arguing that the management company has not reimbursed the city for about $300,000 in security costs.

In the criminal case, prosecutors Tuesday obtained an arrest warrant for Evergreen manager Liam Fentry, 41, of the 3900 block of Butterfield Road in Bellwood on several charges, including narcotics racketeering, solicitation, unlawful criminal drug conspiracy and unlawful delivery of a controlled substance.

A civilian working with the Joliet Police Department in late March wore a wiretap and collected evidence showing that Fentry sold the visitors' passes to people who then sold drugs on the property, said Chief David Gerdes. Police said non-residents who do not have a pass, which includes a photo identification, can be arrested for trespassing at Evergreen Terrace.

Gerdes said police were tipped off during another undercover drug investigation.

# WHAT HAPPENS TO A JUVENILE ARRESTED FOR DUI?

Posted on May 31, 2018 in *Underage DUI*



What can happen to a 16- or 17-year-old driver if they get arrested for ***drinking and driving*** in DuPage County? In short: A lot. While drivers under the age of 18 have the advantage of being treated as juveniles, rather than adults, in the Illinois legal system, they have the disadvantage that state law is very tough on underage drinking and driving.

## Drivers Under Age 18 Go to Juvenile Court

When a minor under the age of 18 is arrested in Illinois, they are processed through the juvenile justice system. By law, the police can only detain 16- and 17-year-olds in a municipal lockup or county jail for a maximum of 12 hours, after which they must either be released to parents or processed for placement in a juvenile facility. If a DUI charge is filed against the juvenile, they can either make a plea deal with the prosecutor or have a bench trial before a judge; juveniles are generally not entitled to jury trials.

One benefit of being processed as a juvenile is that all juvenile records are sealed from public view. A second benefit is that a juvenile DUI can later be expunged, while an adult DUI is not eligible for expungement (705 ILCS 405/5-915).





State of Illinois
Department of Human Services • Division of Mental Health

## DISCHARGE SUMMARY/TRANSITION RECORD - SOCIAL WORKER

| First Name | | M/F/64 | DMH ID Number |
| STEVEN | | | 0069485 |

Time of Admission: 9:30AM
Date of Discharge: 12/15/2021
Time of Discharge: 10:50:00 AM

(Form is printed and completed by hand, add additional pages if necessary)

A copy of the entire Discharge Summary was given and reviewed with ☑ Individual ☐ Guardian ☐ Surrogate Decision Maker by:

ized Name/Title:

Phree Social Worker 2 DSP

ature:

| Date | Time |
| 12/14/2021 | 9:50:00 AM |

Sections 1, 3, and 4 were ☐ Made available electronically ☑ Faxed to aftercare facility,
Mailed to aftercare facility, physician or other health care provider by: physician

Case Phree Social Worker 2 DSP

| Date | Time |
| 12/14/2021 | 9:50:00 AM |



# Las Casas Occupational High School ⋮



School in Chicago, Illinois

( Overview )    Reviews    Photos

 **Permanently closed**    ⌄    ℬ

📍 8401 S Saginaw Ave, Chicago, IL 60617



SOUTH CHICAG

📞 (773) 535-6050

W https://en.m.wikipedia.org › wiki    ⋮

## Las Casas Occupational High School - Wikipedia

Las Casas Occupational High School was an alternative high school located at 8401 South Saginaw Avenue in the South Chicago area of...

 **Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

VS

NUMBER: 93JA03214



## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of with the Clerk of the Circuit Court.

O'BRIEN, JOAN MARGARET

8/14/2003  FINDING OF REASONABLE EFFORTS MADE

O'BRIEN, JOAN MARGARET

8/14/2003  GOAL SET - SUBSTITUTE CARE PENDING INDEPENDENCE

O'BRIEN, JOAN MARGARET

11/13/2003  INSTANTER FILED

11/13/2003  PERMANENCY PLANNING REVIEW SET

HOLMES, PATRICIA B

2/20/2004  MISCELLANEOUS REGISTERED

2/20/2004  CASE CONTINUED BEFORE JUDGE

O'BRIEN, JOAN MARGARET

2/20/2004  CONTINUE FOR HEARING (ALW)

O'BRIEN, JOAN MARGARET

2/20/2004  PERMANENCY PLANNING ORDER ENTERED

O'BRIEN, JOAN MARGARET

2/20/2004  FINDING OF REASONABLE EFFORTS MADE

O'BRIEN, JOAN MARGARET

2/20/2004  GOAL SET - SUBSTITUTE CARE PENDING INDEPENDENCE

O'BRIEN, JOAN MARGARET

4/7/2004  CASE CONTINUED BEFORE HEARING OFFICER

HOLMES, PATRICIA B

4/7/2004  PERMANENCY PLANNING REVIEW SET

21 of 28

Printed: 8/4/2021 1



Page

B

Previous  Next

**◄) STEVEN DAVIS**
Type: Child Protection

**Events**

| Date | Type and Comment |
|---|---|
| 08/14/2003 | **Goal Set - Substitute Care F ___ ling Independence** JUDGE: 1817 CALR: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: O'Brien, Joan Margaret |
| ___/2003 | **Finding Of Reasona___ ___ Made** JUDGE: 1817 CALR: 0000 |
| | ___ ___ |
| | ___ Review Set JUDGE: 1817 CALR: 0000 |
| | Party: ___ ___, STEVEN |
| | Judicial Officer: O'Brien, Joan Margaret |
| 02/20/2004 | **CP-Continued for Perm Plan Hrg** |
| 08/14/2003 | **Permanency Planning Order Entered** JUDGE: 1817 CALR: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: O'Brien, Joan Margaret |
| 08/14/2003 | **Miscellaneous Registered** JUDGE: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| 06/30/2003 | **Permanency Planning Review Set** JUDGE: 1817 CALR: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: O'Brien, Joan Margaret |
| 08/14/2003 | **CP-Continued for Perm Plan Hrg** |
| 06/30/2003 | **Per Draft Order** JUDGE: 1817 CALR: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: O'Brien, Joan Margaret |
| 06/30/2003 | **Order On Motion To Amend Information On Petition (Alw)** JUDGE: 1817 CALR: ___ |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: O'Brien, Joan Margaret |
| 05/07/2003 | **Continued For Progress Report** JUDGE: 1750 CALR: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: Holmes, Patricia B |
| 06/30/2003 | **CP-Progress Report** |
| 05/07/2003 | **Order On Motion To Quash Child Protection Warrant - Alw** JUDGE: 1750 CALR ___ |
| | Party: Minor Respondent DAVIS, STEVEN |
| | Judicial Officer: Holmes, Patricia B |
| 05/07/2003 | **Instanter Filed** JUDGE: 0000 |
| | Party: Minor Respondent DAVIS, STEVEN |
| 04/28/2003 | **Continued For Progress Report** JUDGE: 1817 CALR: 0000 |

# Wednesday December 4, 1985



## Your age on November 14, 2003

≡



- Years
**Years: 17**

years

You were:

# 17 years, 11 months, and 10 days old

T PURPOSES

D120-7928-5345

DD!

06 25 21

IANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVERS LICENSE FILE OF THE

IRPOSES

D120-7928-5345-0

DDL:

06 25 21

> THE PROVISIONS OF THE ILLINOIS VEHICLE CODE THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVERS LICENSE FILE OF THE PERSON IDENTIF

D120-7928-5345-0

L DAVIS
S ST APT 2
60435

| | CONT LIC DATE | ISSUE DATE | BIRT |
|---|---|---|---|
| | 00 00 00 | 00 00 00 | 12 |

| IGHT | WEIGHT | HAIR | EYES | D.E. | CDL | TL | CLASS | ENDORS | MC | RESTRICTION | EXPIRATIO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00 | 000 | | | | N | 0 | | | X | NONE | 00 |

$\mathcal{B}$

ENSION     EFF·DT  02-04-04 TERM·DT 09-02-20 OFFENSE 1 0501 01
NO=1808472    ARR·DT  11-14-03 SUS·LGTH=03MO BAC·LV=08
OURT=WILL
UTORY SUMMARY SUSPENSION/FAIL OR REFUSE ALCOHOL/DRUG TEST
DIAL      ARR·DT  11-14-03 SUP·DT  03-18-05
NO=18084
RRAL TO
ICTION
NO=18078
N HZ=N C
ING WITH
ENSION
ATING A
ICTION
NO=18084
N HZ=N C
ALCOHOL
CATION
ATING A
 REQ
NCIAL RE
ICTION     ARR·DT  06-21-07 DISP·DT 07-25-07 OFFENSE  6 303 A1
NO=826250    DOC LOC NO=                   IL·COURT=COOK   5TH
N HZ=N CDL=N
ING DURING A SUSPENSION/REVOCATION
NSION     EFF·DT  08-16-07 ELIG·DT 07-25-08
NSION OF REVOCATION
ICTION     EFF·DT  08-26-07 DISP·DT 09-17-07 NATIVE OFF 03381346
NO=        DOC LOC NO= IL07003105646     STATE·JUR=WE
DFF=B26 COURT=CIR CMV=N HZ=N CDL=N ACC·INV=N
ING/OPERATING A MOTOR VEHICLE WHILE LICENSE SUSPENDED
NSION     EFF·DT  10-19-07 ELIG·DT 09-17-08
NSION OF REVOCATION



Receipt

12.00 CCC
RZ 176
D1207928353 450
06-25-21

Printed by authority of the State of Illinois. September 2018 — 2MM — DSD A 271



Date: February 11...

$\beta$

DISPOSED
SENTENCE     ARRESTING AGENCY
NEXT DATE    DISPOSITION INFORMATION                    FEE/FINE
                                                         TOTAL

3   5/18/2006   NEW LENOX
3   9/18/2005   Nolle Prosequi
    3/16/2005   Guilty
                Conditional Discharge/Special Conditions
                Fines and/or Cost/Penalties and Fees
                Alcoholism Treatment
9/13/2006   Re...
11/20/2006      ...n/Vacate/Conditional
11/20/200...                                     1500.00

                        ...AY
                    ...Served  92DAY
                    Of Corrections  184DAY

5/...

                    ...equi

                    ...IX

                    NOX
                    Prosequi

                    ...
                    ...ty
                    ...itional Dis...

Swipe left to reveal comments and reactions

March 10, 2020

STEVEN L DAVIS
260 ROSS ST APT 2
JOLIET, IL 60435

RE: D120-7928-5345



2019 you completed an application for driving relief and an informal hearing was held  Your application has b
enied for the following reason(s):

NOT discard this letter.  You will be required to submit this letter at your next informal hearing  Failure to ret:
ill delay any future application for driving relief  It is suggested that you retain a copy of any and all document
I to the Secretary of State in support of your application for driving relief
J at your hearing that on the night of your DUI you consumed beer and also stated you never used drugs  This
nt with what is reported in your evaluation and your statement to no drug use besides being inconsistent with
ed in your evlauation, it is also inconsistent with the amount of drug/criminal arrests you had.

er stated your use prior to the DUI arrest was 1-2 times a year, 2-3 beers.  This is inconsistent with what is
your evaluation and also inconsistent with being arrested for DUI with.08 BAC.



# Verilife

Ottawa
4104 North Columbus Street
Ottawa, IL
61350
(815) 324-9189

Receipt Counter : 35

Slip:  00WOR000000004573781
Staff: Erica E.        Trans:     116652
Date:  09/07/22  1:24


Adult Use/Recreational

In State

| Description | Amount |
| --- | --- |
| 3PHC-Cones-Meltdown-0.5g-2ct-1g | |
| 0321672466797030     ea 1 | 18.00  T |
| Select MTR - 20% | -3.60 |

| | |
| --- | --- |
| Subtotal $ | 14.40 |
| Sales Tax | 3.31 |
| Total  $ | 17.71 |
| Select MTR - 20% 3.60 | |
| Cash | -20.00 |
| Change Due | 2.29 |

Number of Items:                    1

## IN-STATE CUSTOMER

Total Savings:                     3.60

Click and Collect Pickup
Shop online. Pick up in-store.
Out the door.
Sign up today at
shop.verilife.com

Thank You!

T C 0 W 0 R 0 0 0 0 0 0 0 4 5 7 3 7 8 1

# Verilife

Ottawa
4104 North Columbus Street
Ottawa, IL
61350
(815) 324-9189

Receipt Counter : 20

Slip:  00WOR00600004560268
Staff: Steffanie J.      Trans:      116886
Date:  09/09/22 10:05

Adult Use/Recreational

In State

| Description | Amount |
|---|---|
| 3PIK-Cones-Meltdown-0.5g-2ct-1g | |
| 0321672466797030     ea 1 | 18.00  T |
| Select MTR - 20% | -3.60 |
| Subtotal $ | 14.40 |
| Sales Tax | 3.31 |
| Total  $ | 17.71 |
| Select MTR - 20% 3.60 | |
| Cash | -20.00 |
| Change Due | 2.29 |
| Number of Items: | 1 |

## IN-STATE CUSTOMER

Total Savings:                        3.60

Click and Collect Pickup
Shop online. Pick up in-store.
Out the door.
Sign up today at
shop.verilife.com

Thank You!

T 0 0 W 0 R 0 0 0 0 0 0 0 4 5 8 0 2 6 8

# Verilife

Ottawa
4104 North Columbus Street
Ottawa, IL
61350
(815) 324-9169

Receipt Counter : 50

Slip: 0000000004559637
Staff: Jeriann        Trans:
Date: 09/03/22  2:38    8967
Adult Use/Recreational

In State

| Description | Amount |
|---|---|
| GTI Zones-Sour Diesel-0.75g | 15.00 |
| 83421744/9465463    es 1 | |
| Subtotal $ | 15. |
| Sales Tax | 3.45 |
| Total $ | 18 |
| Cash | -20 |
| Change Due | 2 |
| Number of Items: | 1 |

IN-STATE CUSTOMER

Click and Collect Pickup
Shop online. Pick up in-store.
Out the door.
Sign up today at
shop.verilife.com

Thank You!

T00W0R0000000004559637

Steven C Davis
1990  180 Days

Possession of cannabis
10 To 30gm

B

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS, OR )
Village or City of _____, Plaintiff )      Case No. 20CF32
vs. )
Steven Davis _____, Defendant )

## ORDER OF CONDITIONAL DISCHARGE

ON THIS DAY, 1-31-22 _____ the defendant having appeared in person (and by counsel) and having pled guilty
the charge(s) of, Aggravated DWLR _____ Class 4 Felony _____, and the
Court being fully advised of the premises, does hereby enter judgment(s) of conviction and places the defendant on 24 months
Conditional Discharge subject to the following conditions:

1. Shall pay total fines, fees and costs (including bond fee) in the amount of $ 889.00     JFMD — Dont owe
   a. ☐ $25 shall go to AAId Dreadbusters.                                                        any money
   b. If not otherwise specified, payment of fines, fees and costs are due at least 14 (fourteen) days prior to the status date
      scheduled in Courtroom ___
2. Shall pay restitution in the amount of $ _____, on or before _____ to the Clerk of the Circuit Court
   For the benefit of and use of _____
3. Shall not possess a firearm or other dangerous weapon.
4. Shall not violate any criminal statute of any jurisdiction.
5. ☒ Shall serve 180 days in the Will County Jail Straight Time _____ with credit for 182 days actually served
6. ☐ Shall perform _____ hours of community service work for a non-profit organization at a rate of _____ hours per month, and file
   written proof of completion. All community service work is subject to verification and any individual presenting or attempting to
   present false proof of community service work is subject to prosecution.
7. ☐ Shall attend a Victim Impact Program and file written proof of completion.
8. ☐ Shall obtain a drug & alcohol evaluation, file proof of same and comply with the recommendations therein.
9. ☐ Shall complete _____ counseling and aftercare, and file written proof of completion.
10. ☐ Shall attend and successfully complete an Anger Management Program and file written proof of completion.
11. ☐ Shall have no contact with _____

12. ☒ Shall refrain from having in his/her body the presence of any illicit drug prohibited by the Cannabis Control Act, or the
    Illinois Controlled Substances Act, unless prescribed by a physician, and/or shall submit on any status date requested by the
    court samples of his/her _____ or both, for tests to determine the presence of any illicit drug.
13. ☐ Shall appear at the Circuit Clerk's Office, Room 141, 100 West Jefferson St., Joliet, Illinois 60432, between the hours of
    8:30 am through 4:30 pm on _____ to show proof of payment of fines, fees, and costs and/or proof of
    community service work. As to the status date scheduled in Room 141 only: (1) if defendant only owes fines, fees and
    costs and pays all monies due at least 14 (fourteen) days prior to the status date, defendant's presence will be waived for the
    status date set above; (2) if defendant owes community service work and fines, fees and costs, if defendant pays all monies
    due and completes all community service work prior to the status date, defendant can bring in proof of same between the
    hours of 8:30 am through 4:30 pm on any court business day prior to the scheduled status date set above and, if defendant is
    in full compliance, defendants presence will be waived for the status date set above.
    Note: a status date in courtroom _____ is also scheduled. If defendant had been ordered to Room 141 and is in
    Compliance with this order, defendant will not need to appear for the status date scheduled in Room _____ set forth
    in paragraph 13 below.
14. ☐ Shall appear in courtroom _____ at 9:00 am on _____ for status on compliance with this order.
15. State motion nolla prosequi 20TR810 and 19TR58412-13

This cause is hereby continued until 1/29/24 _____ for termination of Conditional Discharge at 4:30 pm on said date.

DEFENDANT IN CUSTODY ON THIS CASE? ☒ YES      NO

Dated 1/31/22 _____                          ENTER _____
                                               JUDGE Sarah Jones

ASA/Municipal Prosecutor Fiorin

Defendant's Attorney Wyss                       Defendant Steven Davis

☐ Original-Court File  ☐ Copy-Plaintiff  ☐ Copy-Defendant

SAO-OCD ver. 11/9

Clerk of the Circuit Court
Andrea Lynn Chasteen

# Search for Party Name - STEV DAVIS

Search End

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|---|---|---|---|---|---|---|---|
| 2022L000552 | Open... | SPlaintiff | DAVIS STEVEN L | N/A | CHILDREN FAMILY S... | Tort - Ma... | 08/26/2022 |
| | | | | | | | |
| 2020TR000510 | Closed | Defendant | DAVIS STEVEN L | 1985 | DISREGARD STOP SI... | TRAFFIC | 01/06/2020 |
| 2020TR000509 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON REVOK... | TRAFFIC | 01/06/2020 |
| 2020TR000508 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON SUSPEN... | TRAFFIC | 01/06/2020 |
| 2020SC000212 | Closed | Plaintiff | DAVIS STEVEN L | N/A | SIX DAYS AUTO SALES | Contract... | 02/03/2020 |
| 2020OP000225 | Closed | Plaintiff | DAVIS STEVEN L | N/A | WEST JEFF | Order | 02/05/2020 |
| 2020OP000224 | Closed | Plaintiff | DAVIS STEVEN L | N/A | FERREIRA STEWART | Order | 02/05/2020 |
| 2020OP000232 | Dism... | Plaintiff | DAVIS STEVEN L | N/A | DRIVING R/W/SUSP | Stalking... | 02/05/2020 |
| 2019TR088413 | Closed | Defendant | DAVIS STEVEN L | 1985 | REGISTRATION LIGH... | TRAFFIC | 12/23/2019 |
| 2019TR088412 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON REVOK... | TRAFFIC | 12/23/2019 |
| ...Montford | Closed | Defendant | DAVIS STEVEN L | 1985 | BATTERY/MAKES PH... | CRIMINA... | 07/23/2018 |

13

ISAAC V FENTEY
2005-CF-000907

Clerk of the Circuit Court
Andrea Lynn Chasteen

Search End

# Search for Party Name - STEV DAVIS



| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|-----------|-----------|-----------|-----------|-----------|-----------|
| 1993TR... | Open | Defendant | DAVIS STEVEN J | 1971 | OF DRIVING W/ LICENSE | TRAFFIC | 02/06/1993 |
| ...516 | Open | Defendant | DAVIS STEVEN J | 1971 | HEADTAIL/SIDELIGH... | TRAFFIC | 02/06/1993 |
| ...TR004606 | Open | Defendant | DAVIS STEVEN J | 1971 | DRIVING ON SUSPEN... | TRAFFIC | 09/02/1993 |
| ...TR004606 | Closed | Defendant | DAVIS STEVEN J | 1971 | DISREGARD STOP SI... | TRAFFIC | 11/06/1993 |
| 1998TR004415 | Closed | Defendant | DAVIS STEVEN J | 1971 | OPERATE UNINSURE... | TRAFFIC | 11/15/1998 |
| 2020TR000610 | Closed | Defendant | DAVIS STEVEN L | 1985 | DISREGARD STOP SI... | TRAFFIC | 01/06/2020 |
| 2020TR000609 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON REVOK... | TRAFFIC | 01/06/2020 |
| 2020TR000608 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON SUSPEN... | TRAFFIC | 01/06/2020 |
| 2020OP000025 | Closed | Plaintiff | DAVIS STEVEN L | N/A | WEST JEFF | Order | 02/05/2020 |
| 2020OP000024 | Dism. | Plaintiff | DAVIS STEVEN L | N/A | FERREIRA STEWART | Staking ... | 02/05/2020 |
| 2020CF000322 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING RVK/SUSP ... | CRIMINA... | 01/06/2020 |
| 2019TR088413 | Closed | Defendant | DAVIS STEVEN L | 1985 | REGISTRATION LIGH... | TRAFFIC | 12/23/2019 |
| 2019TR088412 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON REVOK... | TRAFFIC | 12/23/2019 |

green
not me



Clerk of the Circuit Court
Andrea Lynn Chasteen

Search End

## Search for Party Name - STEV DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|---|---|---|---|---|---|---|---|
| 2011CM001203 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 04/25/2011 |
| 2011CM000765 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIM TRESPASS RE... | CRIMINA... | 03/17/2011 |
| 2010OV001037 | Colle... | Defendant | DAVIS STEVEN L | 1985 | POSSESS LESS THA... | ORDINA... | 02/23/2010 |
| 2009CM002082 | Closed | Defendant | DAVIS STEVEN L | 1985 | BATTERY/MAKES PH... | CRIMINA... | 06/17/2009 |
| 2008TR094377 | Closed | Defendant | DAVIS STEVEN L | 1985 | REGISTRATION LIGH... | TRAFFIC | 08/11/2008 |
| 2008TR094376 | Closed | Defendant | DAVIS STEVEN L | 1985 | UNLICENSED | TRAFFIC | 08/11/2008 |
| 2008TR094375 | Closed | Defendant | DAVIS STEVEN L | 1985 | OPERATE UNINSURE... | TRAFFIC | 08/11/2008 |
| 2008CM002608 | Colle... | Defendant | DAVIS STEVEN L | 1985 | DOMESTIC BTRY/PH... | CRIMINA... | 06/23/2008 |
| 2007CM003722 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 09/14/2007 |
| 2007CM003482 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/27/2007 |
| 2007CM002692 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 07/09/2007 |
| 2006CM003058 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/14/2006 |
| 2006CM001893 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/22/2006 |
| 2006CM001271 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 04/12/2006 |
| 2006CM000501 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 02/09/2006 |
| 2006CM000430 | Colle... | Defendant | DAVIS STEVEN L | 1985 | RESIST/PEACE OFFI... | CRIMINA... | 02/03/2006 |
| 2005CM004316 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 12/23/2005 |
| 2005CM003533 | Com... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 10/25/2005 |
| 2005CM001918 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/16/2005 |
| 2005CM001749 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/08/2005 |



Clerk of the Circuit Court
Andrea Lynn Chasteen

# Search for Party Name - STEV DAVIS

Search End

*(handwritten: 3)*

*(handwritten: Not me)*

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|---|---|---|---|---|---|---|---|
| 2003TR104188 | Closed | Defendant | DAVIS STEVEN L | 1985 | HEADTAIL/SIDELIGH... | TRAFFIC | 11/14/2003 |
| 2003TR104187 | Closed | Defendant | DAVIS STEVEN L | 1985 | SEAT BELT REQUIRE... | TRAFFIC | 11/14/2003 |
| 2003TR104186 | Closed | Defendant | DAVIS STEVEN L | 1985 | IMPROPER TRAFFIC... | TRAFFIC | 11/14/2003 |
| 2003TR104185 | Closed | Defendant | DAVIS STEVEN L | 1985 | UNLICENSED | TRAFFIC | 11/14/2003 |
| 2003TR104184 | Closed | Defendant | DAVIS STEVEN L | 1985 | OPERATE UNINSURE... | TRAFFIC | 11/14/2003 |
| 2003DT001382 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRVG UNDER INFLU... | DUI TRA... | 12/23/2003 |
| 2003DT001199 | Closed | Defendant | DAVIS STEVEN L | 1985 | DUI ANY AMOUNT OF... | DUI TRA... | 12/23/2003 |
| | Closed | Defendant | DAVIS STEVEN L | 1985 | CROSSED... | ORDINAN... | |
| 9929S004445 | Closed | Defendant | DAVIS STEVEN L | 1958 | ALCOHOL POSSESS... | ORDINAN... | |
| | Closed | | DAVIS STEVEN L | N/A | ILLINOIS DEPARTME... | Non Sup... | 04/08/1992 |
| | Closed | | DAVIS STEVEN... | 19.. | TRANSPO... | TRAFFIC | |
| | Closed | | DAVIS STEVEN L... | 19... | SEAT BELT REQUIRE... | TRAFFIC | |
| | Closed | | DAVIS STEVEN M... | 19... | DRIVING ON SUSPEN... | TRAFFIC | 08/21/19... |
| | Closed | | DAVIS STEVEN M... | 1921 | DRIVING 15-20 MPH... | TRAFFIC | 07/05/20... |
| | | | DAVIS STEV... | | LEGEND IMPATION... | TRAFFIC | ...2006 |

*(handwritten: not me)*

*(handwritten: Green)*

Search End

Clerk of the Circuit Court
Andrea Lynn Chasteen

# Search for Party Name - STEVEN DAVIS

Search End



| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|---|---|---|---|---|---|---|---|
| 2008CM0034708 | Closed | Defendant | DAVIS STEVEN C | 1985 | DOMESTIC BTRY/PH... | CRIMINA... | 11/17/2008 |
| 2008CF002402 | Closed | Defendant | DAVIS STEVEN C | 1985 | DRIVING RVK/SUSP ... | CRIMINA... | 10/06/2008 |
| 2007TR105558 | Closed | Defendant | DAVIS STEVEN C | 1985 | SEAT BELT REQUIRE... | TRAFFIC | 09/05/2007 |
| 2007TR105557 | Closed | Defendant | DAVIS STEVEN C | 1985 | DRIVING ON REVOK... | TRAFFIC | 09/05/2007 |
| 2005TR007568 | Closed | Defendant | DAVIS STEVEN C | 1990 | SPEEDING 40+ MILE... | TRAFFIC | 01/25/2005 |
| 2005TR007567 | Closed | Defendant | DAVIS STEVEN C | 1990 | FAIL TO REDUCE SP... | TRAFFIC | 01/25/2005 |
| 2005TR007566 | Closed | Defendant | DAVIS STEVEN C | 1990 | IMPROPER TURN SI... | TRAFFIC | 01/25/2005 |



Clerk of the Circuit Court
Andrea Lynn Chasteen

Search End

# Search for Party Name - STEVEN DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|---|---|---|---|---|---|---|---|
| 2005CM001528 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CM001527 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CF001300 | Colle... | Defendant | DAVIS STEVEN L | 1985 | BURGLARY | CRIMINA... | 06/27/2005 |
| 2004CM002847 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/19/2004 |
| 2004CM000998 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 03/26/2004 |
| 2003TR1041B8 | Closed | Defendant | DAVIS STEVEN L | 1985 | HEAD/TAIL/SIDELIGH... | TRAFFIC | 11/14/2003 |
| 2003TR104187 | Closed | Defendant | DAVIS STEVEN L | 1985 | SEAT BELT REQUIRE... | TRAFFIC | 11/14/2003 |
| 2003TR104186 | Closed | Defendant | DAVIS STEVEN L | 1985 | IMPROPER TRAFFIC ... | TRAFFIC | 11/14/2003 |
| 2003TR104185 | Closed | Defendant | DAVIS STEVEN L | 1985 | UNLICENSED | TRAFFIC | 11/14/2003 |
| 2003TR104184 | Closed | Defendant | DAVIS STEVEN L | 1985 | OPERATE UNINSURE... | TRAFFIC | 11/14/2003 |
| 2003DT001382 | Closed | Defendant | DAVIS STEVEN L | 1985 | DUI ANY AMOUNT OF... | DUI TRA... | 12/23/2003 |
| 2003DT001199 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRVG UNDER INFLU... | DUI TRA... | 12/23/2003 |
| 1992NS004445 | Closed | Defendant | DAVIS STEVEN L | N/A | ILLINOIS DEPARTME... | Non Sup... | 04/08/1992 |



Clerk of the Circuit Court
Andrea Lynn Chasteen

# Search for Party Name - STEVEN DAVIS

Search End

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|-----------|-----------|-----------|-----------|-----------|-----------|
| 2005CM01528 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CM01527 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CF001300 | Colle... | Defendant | DAVIS STEVEN L | 1985 | BURGLARY | CRIMINA... | 06/27/2005 |
| 2004CM02847 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/19/2004 |
| 2004CM000998 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 03/26/2004 |
| 2003TR104188 | Closed | Defendant | DAVIS STEVEN L | 1985 | HEAD/TAIL/SIDELIGH... | TRAFFIC | 11/14/2003 |
| 2003TR104187 | Closed | Defendant | DAVIS STEVEN L | 1985 | SEAT BELT REQUIRE... | TRAFFIC | 11/14/2003 |
| 2003TR104186 | Closed | Defendant | DAVIS STEVEN L | 1985 | IMPROPER TRAFFIC... | TRAFFIC | 11/14/2003 |
| 2003TR104185 | Closed | Defendant | DAVIS STEVEN L | 1985 | UNLICENSED | TRAFFIC | 11/14/2003 |
| 2003TR104184 | Closed | Defendant | DAVIS STEVEN L | 1985 | OPERATE UNINSURE... | TRAFFIC | 11/14/2003 |
| 2003DT001382 | Closed | Defendant | DAVIS STEVEN L | 1985 | DUI ANY AMOUNT OF... | DUI TRA... | 12/23/2003 |
| 2003DT001199 | Closed | Defendant | DAVIS STEVEN L | 1986 | DRVG UNDER INFLU... | DUI TRA... | 12/23/2003 |
| | | | | 1958 | | | |
| 1992NS004445 | Closed | Defendant | DAVIS STEVEN L | N/A | ILLINOIS DEPARTME... | Non Sup... | 04/08/1992 |
| | | | | 1982 | | | |



Clerk of the Circuit Court
Andrea Lynn Chasteen

# Search for Party Name - STEVEN DAVIS

Search End



| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|---|---|---|---|---|---|---|---|
| 2020TR000610 | Closed | Defendant | DAVIS STEVEN L | 1985 | DISREGARD STOP SI... | TRAFFIC | 01/06/2020 |
| 2020TR000609 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON REVOK... | TRAFFIC | 01/06/2020 |
| 2020TR000608 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRIVING ON SUSPEN... | TRAFFIC | 01/06/2020 |
| 2020OP000225 | Closed | Plaintiff | DAVIS STEVEN L | N/A | WEST JEFF | Order | 02/05/2020 |
| 2020OP000224 | Dism... | Plaintiff | DAVIS STEVEN L | N/A | FERREIRA STEWART | Stalking... | 02/05/2020 |

Clerk of the Circuit Court
Andrea Lynn Chasteen

## Search for Party Name - STEVEN DAVIS

Search End



| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|---|---|---|---|---|---|---|---|
| 2018CM001504 | Closed | Defendant | DAVIS STEVEN L | 1985 | BATTERY/MAKES PH... | CRIMINA... | 07/23/2018 |
| 2014CM002982 | Colle... | Defendant | DAVIS STEVEN L | 1985 | AGGRAVATED ASSA... | CRIMINA... | 10/27/2014 |
| 2013F 000543 | Closed | Defendant | DAVIS STEVEN L | N/A | ILLINOIS DEPARTME... | Non Sup... | 05/24/2013 |
| 2013CF000270 | Colle... | Defendant | DAVIS STEVEN L | 1985 | HRSMT/NO CONVER... | CRIMINA... | 10/04/2013 |
| 2012CF002296 | Colle... | Defendant | DAVIS STEVEN L | 1985 | MFG/DEL CANNABIS/... | CRIMINA... | 10/02/2012 |
| 2011CM001203 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 04/25/2011 |
| 2011CM000765 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRM TRESPASS RE... | CRIMINA... | 03/17/2011 |
| 2010OV001032 | Colle... | Defendant | DAVIS STEVEN L | 1985 | POSSESS LESS THA... | CRIMINA... | 02/23/2010 |
| 2009CM002082 | Closed | Defendant | DAVIS STEVEN L | 1985 | BATTERY/MAKES PH... | CRIMINA... | 06/17/2009 |
| 2008TR094377 | Closed | Defendant | DAVIS STEVEN L | 1985 | REGISTRATION LIGH... | TRAFFIC | 08/11/2008 |
| 2008TR094376 | Closed | Defendant | DAVIS STEVEN L | 1985 | UNLICENSED | TRAFFIC | 08/11/2008 |
| 2008TR094375 | Closed | Defendant | DAVIS STEVEN L | 1985 | OPERATE UNINSURE... | TRAFFIC | 08/11/2008 |
| 2007CM003732 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 09/14/2007 |
| 2007CM003482 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/27/2007 |
| 2007CM002692 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 07/09/2007 |
| 2006CM003628 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/14/2006 |
| 2006CM001893 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/22/2006 |
| 2006CM001271 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 04/12/2006 |
| 2006CM000501 | Colle... | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 02/09/2006 |
| | Colle... | Defendant | DAVIS STEVEN L | | REGIST DEACE ACEL | CRIMINA... | 03/09/2006 |



Clerk of the Circuit Court
Andrea Lynn Chasteen

# Search for Party Name - STEVEN DAVIS

Search End

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|------------|------------|-----------|-----------|-----------|-----------|
| 2005CM001528 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CM001527 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CF001300 | Colle... | Defendant | DAVIS STEVEN L | 1985 | BURGLARY | CRIMINA... | 06/27/2005 |
| 2004CM02847 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/19/2004 |
| 2004CM002898 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 03/06/2004 |
| 2003TR104188 | Closed | Defendant | DAVIS STEVEN L | 1985 | HEAD/TAIL/SIDE/LIGH... | TRAFFIC | 11/14/2003 |
| 2003TR104187 | Closed | Defendant | DAVIS STEVEN L | 1985 | SEAT BELT REQUIRE... | TRAFFIC | 11/14/2003 |
| 2003TR104186 | Closed | Defendant | DAVIS STEVEN L | 1985 | IMPROPER TRAFFIC... | TRAFFIC | 11/14/2003 |
| 2003TR104185 | Closed | Defendant | DAVIS STEVEN L | 1985 | UNLICENSED | TRAFFIC | 11/14/2003 |
| 2003TR104184 | Closed | Defendant | DAVIS STEVEN L | 1985 | OPERATE UNINSURE... | TRAFFIC | 11/14/2003 |
| 2003DT001382 | Closed | Defendant | DAVIS STEVEN L | 1985 | DUI ANY AMOUNT OF... | DUI TRA... | 12/23/2003 |
| 2003DT001399 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRVG UNDER INFLU... | DUI TRA... | 12/23/2003 |
| | Closed | Defendant | DAVIS STEVEN L | 1958 | | | |
| | Closed | Defendant | DAVIS STEVEN L | N/A | ILLINOIS DEPARTME... | Non Sus... | 04/08/1992 |
| 1992NS001445 | Closed | Defendant | DAVIS STEVEN L | | ILLINOIS DEPARTME... | Non Sus... | 10/21/1995 |

Clerk of the Circuit Court
Andrea Lynn Chasteen

Search End

**10**

## Search for Party Name - STEVEN DAVIS

TOP

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|-----------|-----------|-----------|-----------|-----------|-----------|
| 2022SC000571 | Judg... | Defendant | DAVIS STEVEN | N/A | LVNV FUNDING LLC | Contract ... | 02/14/2022 |
| 2021SC001395 | Closed | Defendant | DAVIS STEVEN | N/A | PORTFOLIO RECOVE... | Contract ... | 02/23/2021 |
| 2019OP000186 | Closed | Defendant | DAVIS STEVEN | N/A | GILL DAVID | Stalking ... | 01/28/2019 |
| 2019OP000185 | Closed | Defendant | DAVIS STEVEN | N/A | GILL DAVID | Stalking ... | 01/28/2019 |
| 2018LM002744 | Judg... | Plaintiff | DAVIS STEVEN | N/A | DIVER CHRISTINE | Forcible ... | 12/05/2018 |
| 2017OP001144 | Dism... | Plaintiff | DAVIS STEVEN | N/A | DAVIS CYNTHIAL | Order of ... | 05/27/2017 |
| | | | ...N STEVEN | | ...VING 15-20 ... | ...ROT PRO | |
| 2013F 000448 | Judg... | Defendant | DAVIS STEVEN | N/A | ILLINOIS DEPARTME... | Paternity ... | 05/24/2013 |
| 2012MR001281 | Closed | Defendant | DAVIS STEVEN | N/A | PROBATION SUPERV... | Interstate... | 07/05/2012 |
| 2011LM003252 | Judg... | Defendant | DAVIS STEVEN | N/A | HOME PROPERTIES ... | Forcible ... | 10/27/2011 |
| | | ...dant | ...IS STEVEN | ...H | ...ICE ... ... ... | ...RT PRO | ...06/2009 |
| 2008OP100113 | Dism... | Defendant | DAVIS STEVEN | N/A | REEVES LAETRICE | Order of ... | 06/23/2008 |
| 2008L 000262 | Closed | Plaintiff | DAVIS STEVEN | N/A | WINDMOELLER & HO... | Tort - Mo... | 04/04/2008 |
| 2007SC000614 | Closed | Defendant | DAVIS STEVEN | N/A | JOLIET JUNIOR COLL... | SC $250... | 08/09/2007 |
| 2007SC002089 | Dism... | Defendant | DAVIS STEVEN | N/A | MIDLAND FUNDING L... | SC $100... | 03/16/2007 |
| 2007F 000286 | Judg... | Defendant | DAVIS STEVEN | N/A | ILLINOIS DEPARTME... | Non Sup... | 03/30/2007 |
| 2007CH003862 | Judg... | Defendant | DAVIS STEVEN | N/A | HSBC BANK USA NAT ... | Foreclos... | 11/28/2007 |
| | Closed | Defendant | DAVIS STEVEN ... | 1957 | DRIVING 15-20 MPH ... | | |





Clerk of the Circuit Court
Andrea Lynn Chasteen

Search End

## Search for Party Name - STEVEN DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|------------|------------|------------|-----------|-----------|-----------|
| 1998OV026411 | Closed | Defendant | DAVIS STEVEN | N/A | NO PARKING 2AM-6AM | ORDINA... | 04/28/1998 |
| 1998OV019086 | Closed | Defendant | DAVIS STEVEN | N/A | NO CURRENT VEHIC... | ORDINA... | 03/28/1998 |
| 1996OV024203 | Closed | Defendant | DAVIS STEVEN | N/A | NO PARKING IN FIRE... | ORDINA... | 10/01/1996 |
| 1996OV0987... | Closed | Defendant | DAVIS STEVEN | N/A | NO PARKING 2AM-6AM | ORDINA... | 09/09/1996 |
| 1996OV058705 | Closed | Defendant | DAVIS STEVEN | N/A | NO CURRENT VEHIC... | ORDINA... | 09/09/1996 |
| 1994NS011883 | Orde... | Defendant | DAVIS STEVEN | N/A | ILLINOIS DEPARTME... | Non-Sup... | 09/01/1994 |
| 1993LM014623 | Closed | Defendant | DAVIS STEVEN | N/A | CAMPBELL ELIZABETH | LAW ME... | 11/10/1993 |
| 1991FP009820 | Closed | Defendant | DAVIS STEVEN | N/A | ILLINOIS DEPARTME... | Family P... | 07/15/1991 |
|  |  |  |  |  |  |  |  |
| 1989PA000294 | Closed | Defendant | DAVIS STEVEN | N/A | WASHINGTON KIMBE... | Paternity | 03/20/1989 |
| 1989LM020898 | Closed | Defendant | DAVIS STEVEN | N/A | SUGAR CREEK APAR... | LAW ME... | 03/28/1989 |
| 1985PA000209 | Closed | Defendant | DAVIS STEVEN | N/A | WASHINGTON KIMBE... | Paternity | 04/02/1985 |
| 1984LM005840 | Closed | Defendant | DAVIS STEVEN | N/A | EARTHMOVER CRED... | LAW ME... | 03/06/1984 |



Clerk of the Circuit Court
Andrea Lynn Chasteen

## Search for Party Name - STEV DAVIS

Search End

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|---|---|---|---|---|---|---|---|
| | Closed | Defendant | DAVIS STEVEN A | | OPERA… UNINSURE… | TRAFFIC | 10/21/… |
| | | Defendant | DAVIS STEVEN C | | … | TRAFFIC | |
| 2012D 000509 | | Plaintiff | DAVIS STEVEN C | N/A | DAVIS LISA L | Dissoluti… | 03/09/2012 |
| | | Defendant | DAVIS STEVEN C | 198… | EXCEEDING SPE… | TRAFFIC | |
| 2018SC002666 | Closed | Defendant | DAVIS STEVEN C | N/A | SALLIE MAE INC | SC $500… | 02/…/2010 |
| 2008CM001208 | Closed | Defendant | DAVIS STEVEN C | 1985 | DRIVING RVK/SUSP… | CRIMINA… | 11/17/2008 |
| 2008CF002402 | Closed | Defendant | DAVIS STEVEN C | 1985 | SEAT BELT REQUIRE… | TRAFFIC | 09/05/2007 |
| 2007TR106558 | Closed | Defendant | DAVIS STEVEN C | 1985 | DRIVING ON REVOK… | TRAFFIC | 09/05/2007 |
| 2007TR106557 | Closed | Defendant | DAVIS STEVEN C | 1985 | SPEEDING 40+ MILE… | TRAFFIC | 07/25/2005 |
| 2005TR007968 | Closed | Defendant | DAVIS STEVEN C | 1990 | FAIL TO REDUCE SP… | TRAFFIC | 01/25/2005 |
| 2005TR007967 | Closed | Defendant | DAVIS STEVEN C | 1990 | IMPROPER TURN SI… | TRAFFIC | 01/25/2005 |
| 2005TR007966 | Closed | Defendant | DAVIS STEVEN C | 1990 | IMPROPER TRAFFIC… | TRAFFIC | 01/25/2005 |
| 2005TR007965 | Closed | Defendant | DAVIS STEVEN C | 1990 | UNLICENSED | TRAFFIC | 01/25/2005 |
| 2005TR007964 | Closed | Defendant | DAVIS STEVEN C | 1990 | SEAT BELT REQUIRE… | TRAFFIC | 01/25/2005 |
| 2005TR007963 | Closed | Defendant | DAVIS STEVEN C | 1990 | DISREGARD STOP SI… | TRAFFIC | 01/25/2005 |
| 2005TR007962 | Closed | Defendant | DAVIS STEVEN C | 1990 | DRIVING TOO FAST… | TRAFFIC | 01/25/2005 |

12

Green
SD



Dear Mr. Davis,

I am writing to inform you that we are not able to provide legal assistance at this time.  As i advised during our phone call on May 3rd, you are currently serving a sentence of a conditional discharge for your January 2022 conviction (case # 2020CF000032) for Driving on a Revoked License and Suspicion of DUI and therefore are not eligible to petition to seal any of your past convictions until after the conditional discharge is completed. Furthermore, we are also unable to assist in expungement your past arrests or dismissed charges as this time as we do not provide such services while there is a sentence in force, including sentences for a conditional discharge.

--
Noelle Nasif
Prairie State Legal Services
Staff Attorney
18 W Cass St. 5th floor
Joliet, IL 60432
815-727-5123

FOLD

## ILLINOIS INSURANCE CARD

**AMERICAN FREEDOM INSURANCE COMPANY**    #10864
**1699 WALL ST SUITE 600 MOUNT PROSPECT, IL. 60056**

| TO REPORT A CLAIM: 847-758-9300 | VEH YR-MAKE-MODEL-VIN |
|---|---|
| **AGENT/PRODUCER:**<br>ACCURATE INSURANCE SVCS<br>1111 W 22ND ST, STE 610, OAK<br>BROOK, IL 60523<br>(708) 599-4900 | 2005 BUICK / CENTURY<br>BASE/CUSTOM/LTD/SPECIAL<br>ED.   2G4WS52J751105598 |
| **POLICY NUMBER:** 12-2248865-00 | **DRIVER(S) COVERED:** |
| **BOUND TIME** 12/24/19 09:29 AM<br>**EFFECTIVE DATE**   **EXPIRATION DATE**<br>   12/25/19       06/25/20 | STEVEN L DAVIS |
| **NAMED INSURED:**<br>STEVEN L DAVIS<br>260 ROSS ST<br>JOLIET, IL 60435 | **THE FOLLOWING DRIVERS<br>ARE EXCLUDED:** |

EXAMINE YOUR POLICY AND DECLARATIONS PAGE CAREFULLY.
EXAMINE POLICY EXCLUSIONS CAREFULLY. THIS FORM DOES NOT
CONSTITUTE ANY PART OF YOUR INSURANCE POLICY.

**KEEP THIS CARD - - - - - - IF YOU HAVE
AN ACCIDENT:**

1. Notify American Freedom and the police immediately.

2. Obtain names, addresses, telephone numbers and license numbers of persons involved and witnesses.

3. Obtain names of Insurance Companies and policy numbers from all drivers.

4. Do not admit fault and do not discuss the accident with anyone except the police and American Freedom Insurance Company.

**Failure to call American Freedom may jeopardize your claim.**