SH

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

# FILED

### MAR 14 2023    *LM*

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

_____

STEVEN Lamarr Davis

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: *1:23-CV-00907*
(To be supplied by the Clerk of this Court)

_____

County of Will
Children and family Services

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**              **AMENDED COMPLAINT**

____✓____     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

    A.    Name: STEVEN Lamarr DAVIS

    B.    List all aliases: Jamaica lil STeve

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: P.O Box 826 Joliet iLLiNois 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: County of will

            Title: Attorney General

            Place of Employment: 57 N. Ottawa, Street Joliet illinois 60432

    B.    Defendant: Children and family services

            Title: D.c.f.S

            Place of Employment: 100 west. Randolph Street Suite 11.200 Chicago ILLiNois. 60601

    C.    Defendant: _____

            Title: _____

            Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: CIVIL : 2022 LA 00552
1:23-CY-00907

B.   Approximate date of filing lawsuit: September 15, 2022    February 14, 2023

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: STEVEN Lamarr DAVIS - Jamaica - LiL STEVE

D.   List all defendants: County of will - Children And family Services

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of illinois - circuit Court of will County, Illinois 12

F.   Name of judge to whom case was assigned: Lund - Anderson franklin U. Valderrama - Jeffrey cole

G.   Basic claim made: STEVEN Lamarr DAVIS to be Awarded 15 million Dollers for false Convictions and imprisonment listed on exhibit and for being D.C.FS No High School or grammar School diploma

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The Case is now on a Minute Entry and in need of a amended Complaint OR to be move to A federal Judge for decision

I.   Approximate date of disposition: February 14, 2023 - September 15 2022

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

County of will for false convictions and imprisonment of D.U.I's criminal Trespassing Possession of Cannabis and multiple other Charges from a confidential informant Terrence Riddick with no physical evidence of a crime. And To Be Awarded 15, million Dollers for false convictions of D.U.I's Trespassing and cannabis in 2003 to 2011
Children And family services
from Being taken away from my mother Rochelle Davis in 1991 and not have A Grammar School Diploma or a High School diploma and not Being able to take Care of myself I Steven Lamare Davis am now Homeless and Don't know my family and asking To Be Awarded 15, million Dollers for pain and Suffering And the lost of my childHood life.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.**     **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Be Awarded 15 million Dollers for false convictions To Return all vehicles and pound and fees and To Return Drivers license and All cases moyed off Backgrounds and (D.c.f.s) To Be Awarded 15 million Dollers for Not going To School and Being taken away from All of my family and Now Homeless.

**VI.**     The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **March** day of ___**14**___ , 20 **23**

_____

_Steven l Davis_
(Signature of plaintiff or plaintiffs)

STEVEN Lamarr DAVIS
(Print name)

_____

(I.D. Number)   1:23-cv-00907

_____

P.O Box 826 Joliet Illinois 60434
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



(705 ILCS 405/Art. V Pt. 4 heading)
PART 4. ARREST AND CUSTODY

(705 ILCS 405/5-401)
Sec. 5-401. Arrest and taking into custody of a minor.
(1) A law enforcement officer may, without a warrant,
    (a) arrest a minor whom the officer with probable
cause believes to be a delinquent minor; or
    (b) take into custody a minor who has been adjudged a
ward of the court and has escaped from any commitment
ordered by the court under this Act; or
    (c) take into custody a minor whom the officer
reasonably believes has violated the conditions of
probation or supervision ordered by the court.
(2) Whenever a petition has been filed under Section 5-520
and the court finds that the conduct and behavior of the minor
may endanger the health, person, welfare, or property of the
minor or others or that the circumstances of his or her home
environment may endanger his or her health, person, welfare or
property, a warrant may be issued immediately to take the
minor into custody.
(3) Except for minors accused of violation of an order of
the court, any minor accused of any act under federal or State
law, or a municipal or county ordinance that would not be
illegal if committed by an adult, cannot be placed in a jail,
municipal lockup, detention center, or secure correctional
facility. Juveniles accused with underage consumption and
underage possession of alcohol or cannabis cannot be placed in
a jail, municipal lockup, detention center, or correctional
facility.
(Source: P.A. 101-27, eff. 6-25-19.)
 (b) An oral, written, or sign language statement of a minor who, at
the time of the commission of the offense was under the age of 18
years, made as a result of a custodial interrogation conducted at a
police station or other place of detention on or after the effective
date of this amendatory Act of the 99th General Assembly shall be
presumed to be inadmissible as evidence against the minor in any
criminal proceeding or juvenile court proceeding, for an act that if
committed by an adult would be a misdemeanor offense under Article 11
of the Criminal Code of 2012 or any felony offense unless:

06 25 21    DD

ANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVERS LICENSE FILE OF THE PERSON

URPOSES

D120-7928-5345-0

06 25 21    DDL:

THE PROVISIONS OF THE ILLINOIS VEHICLE CODE THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVERS LICENSE FILE OF THE PERSON IDENTI

L DAVIS
S ST APT 2
60435

D120-7928-5345-0
0.

| | | | CONT LIC DATE | ISSUE DATE | BIRT |
|---|---|---|---|---|---|
| | | | 00 00 00 | 00 00 00 | 12 |

| IGHT | WEIGHT | HAIR | EYES | D.E. | CDL | TL | CLASS | ENDORS | MC | RESTRICTION | EXPIRATIO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00 | 000 | | | | N | 0 | | | X | NONE | 00 |

ENSION   EFF-DT 02-04-04 TERM-DT 09-02-20 OFFENSE 1 0501 01
NO=1808472   ARR-DT 11-14-03 SUS-LGTH=03MO BAC-LV=08
OURT=WILL
UTORY SUMMARY SUSPENSION/FAIL OR REFUSE ALCOHOL/DRUG TEST
DIAL   ARR-DT 11-14-03 SUP-DT 03-18-05
NO=18084
RRAL TO
ICTION
NO=18078
N HZ=N C
ING WITH
ENSION
ATING A
ICTION
NO=18084
N HZ=N C
ALCOHOL
CATION
ATING A
REQ
NCIAL RE
ICTION   ARR-DT 06-21-07 DISP-DT 07-25-07 OFFENSE 6 303 A1
NO=826250   DOC LOC NO=   IL-COURT=COOK - 5TH
N HZ=N CDL=N
ING DURING A SUSPENSION/REVOCATION
NSION   EFF-DT 08-16-07 ELIG-DT 07-25-08
NSION OF REVOCATION
ICTION   EFF-DT 08-26-07 DISP-DT 09-17-07 NATIVE OFF
NO=   DOC LOC NO= IL07003105646   STATE-JUR
FF=B26 COURT=CIR CMV=N HZ=N CDL=N ACC-INV=N
ING/OPERATING A MOTOR VEHICLE WHILE LICENSE SUSPENDED
STON   EFF-DT 10-19-07 ELIG-DT 09-17-08

*Steven L Davis*

1:23-CV-00907

**STATE OF ILLINOIS**
**TWELFTH JUDICIAL CIRCUIT COURT**
**WILL COUNTY, ILLINOIS**

Opened: 12/23/2003
Closed: 05/18/2004

**RECEIVED**
**FEB 22 2023**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**DOCKET**

Case: 2003DT001382   Status: Closed
Title: PEOPLE OF THE STATE OF ILLINOIS vs. STEVEN L DAVIS
Type: DUI TRAFFIC   File: Complaint

| Event Date(s): | *ALL |
| Sort Dates: | Descending |
| Show Entries: | *ALL |
| Events: | *ALL |
| Ordering Judge(s): | *ALL |
| Clerk(s): | *ALL |

| Event Date Receipt No. | Image | Docket Entry |
|---|---|---|
| 06/23/2004 | | ILLINOIS STATE POLICE COURT DISPOSITION FORM FILED THIS DATE |
| | | Corrected Disposition - ADD DCN # & MANUALLY RE-SUBMIT TO ISP |
| 05/18/2004 | | See Order Signed |
| | | Disposition 01/00, Count 001 No Fine & Cost |
| | | Disposition DUI ANY AMOUNT OF DRUG Disposition Type: Court Action |
| | | Disposition Nolle Prosequi Plea: No Plea Entered Statute 625 5/11-501(a)(6) Class A Orig. Sentence: |
| | | Defendant Plea. No Fine & Cost /00 |
| | | Judge: RICHARDSON, JR MARZELL L   Clerk: WL |
| | | CF - Motion of People   Nolle Prosequi |
| | | People present by NICOLE L. MOORE Defendant appears in person with Assistant Public |
| | | Defender Guzman On motion of the People, cause is ordered nolle prosequi pursuant to plea in |
| | | 03DT1199 and 03TR404185. SOS |
| 05/18/2004 | | Judge: RICHARDSON, JR MARZELL L   Reporter: ELECTRONIC RECORDING   Clerk: WL |
| | | CF - Jury Trial Set |
| | | People present by DAWN R. UNDERHILL. Defendant appears in person with ASSISTANT PUBLIC |
| | | DEFENDER GUZMAN SOS Pre-Trial held and concluded. Jury trial is set for May 18, 2004 at 1:30 |
| | | pm |
| | | Trial Bill Terms: Tuesday, May 18, 2004 @ 10:30am, Courtroom 302, Judge RICHARDSON, JR |
| | | Judge GRAY LAWRENCE C   Reporter: ELECTRONIC RECORDING   Clerk: VMRA |
| | | See Order Signed |
| 03/04/2004 | | TP - Defendant's Motion To Continue |
| | | People present by DAWN R. UNDERHILL. Defendant appears in person and by Assistant Public |
| | | Defender Jamila Dismissed. Motion of the defendant, case is continued for pre-trial. Discovery is |
| | | ordered by February 25, 2004. SOS |
| 02/05/2004 | | Future: Monday, March 8, 2004 @ 9:00am, Courtroom 304, Judge GRAY |
| | | Judge: KALAN KATHLEEN G   Reporter: ELECTRONIC RECORDING   Clerk: KEL |
| | | See Order Signed |
| | | Affidavit of Assets and Liabilities |

Page 1 of 2

1:23-CV-00907

Search End

## Search for Party Name - STEVEN DAVIS

| Case | Status | Party Type | Party Name | Birth Year | Reference | Case Type | File Date |
|------|--------|-----------|-----------|-----------|-----------|-----------|-----------|
| 2005CM001528 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CM001527 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 05/16/2005 |
| 2005CF001300 | Colle... | Defendant | DAVIS STEVEN L | 1985 | BURGLARY | CRIMINA... | 06/27/2005 |
| 2004CM002847 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 08/19/2004 |
| 2004CM000998 | Closed | Defendant | DAVIS STEVEN L | 1985 | CRIMINAL TRESPASS... | CRIMINA... | 03/26/2004 |
| 2003TR104188 | Closed | Defendant | DAVIS STEVEN L | 1985 | HEAD/TAIL/SIDELIGH... | TRAFFIC | 11/14/2003 |
| 2003TR104187 | Closed | Defendant | DAVIS STEVEN L | 1985 | SEAT BELT REQUIRE... | TRAFFIC | 11/14/2003 |
| 2003TR104186 | Closed | Defendant | DAVIS STEVEN L | 1985 | IMPROPER TRAFFIC ... | TRAFFIC | 11/14/2003 |
| 2003TR104185 | Closed | Defendant | DAVIS STEVEN L | 1985 | UNLICENSED | TRAFFIC | 11/14/2003 |
| 2003TR104184 | Closed | Defendant | DAVIS STEVEN L | 1985 | OPERATE UNINSURE... | TRAFFIC | 11/14/2003 |
| 2003DT001382 | Closed | Defendant | DAVIS STEVEN L | 1985 | DUI ANY AMOUNT OF... | DUI TRA... | 12/23/2003 |
| 2003DT001199 | Closed | Defendant | DAVIS STEVEN L | 1985 | DRVG UNDER INFLU ... | DUI TRA... | 12/23/2003 |
| | Closed | Defendant | DAVIS STEVEN L | 1958 | | | |
| | Closed | Defendant | DAVIS STEVEN L | | | | 10/27/1993 |
| 1992NS004445 | Closed | Defendant | DAVIS STEVEN L | N/A | ILLINOIS DEPARTME... | Non Sup... | 04/08/1992 |

*Steven L Davis*

KEEP THIS CARD ----- IF YOU HAVE AN ACCIDENT:

1. Notify American Freedom and the police immediately.

2. Obtain names, addresses, telephone numbers and license numbers of persons involved and witnesses.

3. Obtain names of Insurance Companies and policy numbers from all drivers.

4. Do not admit fault and do not discuss the accident with anyone except the police and American Freedom Insurance Company.

Failure to call American Freedom may jeopardize your claim.

FOLD

## ILLINOIS INSURANCE CARD #10864

AMERICAN FREEDOM INSURANCE COMPANY
1699 WALL ST SUITE 600 MOUNT PROSPECT, IL 60056

TO REPORT A CLAIM: 847-758-9300

AGENT/PRODUCER:
ACCURATE INSURANCE SVCS
1111 W 22ND ST, STE 610, OAK
BROOK, IL 60523
(708) 599-4900

VEH YR-MAKE-MODEL-VIN
2005 BUICK / CENTURY
BASE/CUSTOM/LTD/SPECIAL
ED.   2G4WS52J751105598

POLICY NUMBER: 12-2248865-00

BOUND TIME 12/24/19 09:29 AM
EFFECTIVE DATE     EXPIRATION DATE
    12/25/19            06/25/20

NAMED INSURED:
STEVEN L DAVIS
260 ROSS ST
JOLIET, IL 60435

DRIVER(S) COVERED:
STEVEN L DAVIS

THE FOLLOWING DRIVERS ARE EXCLUDED:

EXAMINE YOUR POLICY AND DECLARATIONS PAGE CAREFULLY.
EXAMINE POLICY EXCLUSIONS CAREFULLY. THIS FORM DOES NOT CONSTITUTE ANY PART OF YOUR INSURANCE POLICY.

The proposed legislation would add an additional offense, driving without insurance (625 ILCS 5/3-707), to the list which allow for towing and impoundment.

Steven L Davis

Every driver in Illinois has to have a liability insurance policy (625 ILCS 5/7-601) with minimum coverage of $20,000 per person per accident. *See* 625 ILCS 5/7-203. It is estimated that up to 15% of drivers don't have insurance in Illinois.

Operating a motor vehicle without proof of insurance is a business offense punishable by a minimum $500 fine on the first conviction and $1,000 fine on the second. *See* 625 ILCS 5/3-707(c). But if the driver is in an accident causing bodily harm to another, the offense is a Class A misdemeanor with a potential penalty of up to one year in jail. *See* 625 ILCS 5/3-707(a-5).

1:23-CV-00907

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS, OR
Village or City of _____, Plaintiff

vs.

Steven Davis _____, Defendant

Case No. 20CF32

ORDER OF CONDITIONAL DISCHARGE

ON THIS DAY, 1-31-22 _____ the defendant having appeared in person (and by counsel) and having pled guilty
the charge(s) of, Aggravated DWLR _____ Class 4 Felony _____ and the
Court being fully advised of the premises, does hereby enter judgment(s) of conviction and places the defendant on 24 months
Conditional Discharge subject to the following conditions:

1. Shall pay costs, fines, fees and costs (including bond fee) in the amount of $ 668.00 — JFMD — YOU DON'T OWE ANY MONEY
   a. ☐ $5 shall go to AAIM requirements.
   b. ☐ If not otherwise specified, payment of fines, fees and costs are due at least 14 (fourteen) days prior to the status date.

2. Shall pay restitution in the amount of $ _____ on or before _____ to the Clerk of the Circuit Court
   For the benefit of and time of _____

3. Shall not possess a firearm or other dangerous weapon.

4. Shall not remain in any different manner of any jurisdiction.

5. ☒ Shall serve 180 days in the Will County Jail Straight Time _____ with credit for 182 days actually served.
   ☐ Minimum _____ until _____

6. ☐ Shall perform _____ hours of community service work for a non-profit organization at a rate of _____ hours per month, and the written proof of completion. All community service work is subject to verification and any individual presenting or attempting to present false proof of community service work is subject to prosecution.

7. ☐ Shall attend a Victim Impact Program and file written proof of completion.

8. ☐ Shall obtain a drug & alcohol evaluation, file proof of same and comply with the recommendations thereto.

9. ☐ Shall complete _____ counseling and aftercare, and file written proof of completion.

10. ☐ Shall attend and successfully complete an Anger Management Program and file the written proof of completion.

11. ☐ Shall have no contact with _____

12. ☒ Shall not have having in his/her body the presence of any illicit drug, prohibited by the Cannabis Control Act, or the Illinois Controlled Substances Act, unless prescribed by a physician, and he shall submit on any same time requested by the court's division of this, or such, for tests to determine the presence of any illicit drug.

13. ☐ Shall appear at the Circuit Clerk's Office, Room 141, 100 West Jefferson St., Joliet, Illinois 60432, between the hours of 8:30 am and 4:30 pm to _____ to show proof of payment of fines, fees, and costs and/or proof of community service work. As to the status date scheduled in Room 141 only: (1) If defendant only owes fines, fees and costs and pays all such costs at least 14 (fourteen) days prior to the status date, defendant's presence will be waived for the status date above; (2) If defendant owes community service work and files proof of same and costs. If defendant pays all such costs due and completes all community service work prior to the status date, defendant who bring in proof of same between the due date and completes all community service work prior to the status date, defendant who bring in proof of same between the due date and (4) 30 (over) any court business day prior to the scheduled status date set above and, if defendant is in full compliance, defendant's presence will be waived for the status date set above.
    Note: a status date in courtroom _____ is also scheduled. If defendant had been ordered to Room 141 and is in Compliance with this order, defendant will not need to appear for the status date scheduled in Room _____ set forth in paragraph 15 below.

14. ☐ Shall appear in courtroom _____ at 9:00 am on _____ for status on compliance with this order.

15. State motion nolle prosequi 20TRB10 and 19TRB6412-13

This cause is hereby continued until 1/29/24 _____ for termination of Conditional Discharge at 4:30 pm on said date.

DEFENDANT IN CUSTODY ON THIS CASE? ☒ YES    NO

Dated 1/31/22 _____

ENTER
JUDGE Sarah Jones _____ [signature: Sarah Jones]

ASA/Municipal Prosecutor Florin

Defendant Steven Davis _____

Defendant's Attorney Wyss _____

☐ Original-Court File    ☐ Copy-Plaintiff    ☐ Copy-Defendant

SAO-OCD (rev. 11/01)

[signature: Steven L Davis]

**PUBLIC HEALTH**
**(410 ILCS 705/) Cannabis Regulation and Tax Act.**

        (410 ILCS 705/Art. 10 heading)
                        Article 10.
                Personal Use of Cannabis
(Source: P.A. 101-27, eff. 6-25-19.)




        (410 ILCS 705/10-5)
    Sec. 10-5. Personal use of cannabis; restrictions on
cultivation; penalties.
    (a) Beginning January 1, 2020, notwithstanding any other
provision of law, and except as otherwise provided in this
Act, the following acts are not a violation of this Act and
shall not be a criminal or civil offense under State law or
the ordinances of any unit of local government of this State
or be a basis for seizure or forfeiture of assets under State
law for persons other than natural individuals under 21 years
of age:
        (1) possession, consumption, use, purchase,
    obtaining, or transporting cannabis paraphernalia or an
    amount of cannabis for personal use that does not exceed
    the possession limit under Section 10-10 or otherwise in
    accordance with the requirements of this Act;
        (2) cultivation of cannabis for personal use in
    accordance with the requirements of this Act; and
        (3) controlling property if actions that are
    authorized by this Act occur on the property in accordance
    with this Act.
    (a-1) Beginning January 1, 2020, notwithstanding any other
provision of law, and except as otherwise provided in this
Act, possessing, consuming, using, purchasing, obtaining, or
transporting cannabis paraphernalia or an amount of cannabis
purchased or produced in accordance with this Act that does
not exceed the possession limit under subsection (a) of
Section 10-10 shall not be a basis for seizure or forfeiture
of assets under State law.
    (b) Cultivating cannabis for personal use is subject to
the following limitations:

1:23-cv-00907

**VIOLATION**

**City of Joliet**

**ORDINANCE VIOLATION NOTICE**

| CITATION NUMBER | ISSUE/VIOLATION DATE | FINE AMOUNT |
|---|---|---|
| C2000-000026 J1-02-3002791 | 3/1/2023 1:43 AM | $150.00 |

VIOLATION LOCATION
W JEFFERSON ST AND N LARKIN AVE

VIOLATION
21-153(a)(3)    UNLAWFUL POSSESSION OF UNSECURED OR UNSEALED CANNABIS OR PRODUCT CONTAINING CANNABIS IN A VEHICLE

FURTHER ORDINANCE DESCRIPTION

| VEHICLE MAKE | VEHICLE MODEL | VEHICLE COLOR |
|---|---|---|
| LICENSE PLATE | STATE IL | VIN # |

RESPONDENT NAME
DAVIS, STEVEN L

RESPONDENT ADDRESS
606 E. MORRELL ST. UNIT 316 , STREATOR, IL 61364

HEARING DATE/TIME IF NOT PAID:    4/25/2023 9:00 AM
LOCATION TO APPEAR:    Joliet Municipal Building
2nd Floor Council
Chambers
150 W. Jefferson
Joliet, IL 60432

Early, S #72

POSTING METHOD  Personal Service
MAKE CHECK OR MONEY ORDER PAYABLE TO THE CITY OF JOLIET AND MAIL TO 150 W JEFFERSON ST JOLIET IL 60432. PAY BY PHONE: (815) 724-4220 OR PAY IN PERSON AT CITY HALL.

**DO NOT SEND**
If paid on or after 4/25/2023 9:00 AM
If paid on or after 3/21/2023
If paid on or after 3/18/2023
Unpaid balance sent to Collection

(to pay online, please visit)

Citation # C2000-000

Steven L Davis



1:23-CV-00907



Steven L Davis

Note of Barred Persons

1:23-cv-00907

